# IN THE U.S. DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA

MITCH TAEBEL

V

JOE BIDEN

Case No. _____

**-FILED-**

FEB 2 0 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

## COMPLAINT

Plaintiff is a Celebrity TV Host Comedian Actor Speaker Published Author SAG-AFTRA Union Member IGFA World Record Holder Award Winning Political Film Director Award Winning Film Director Semester at Sea Alumni College Graduate and Presidential Candidate who was Framed for sending threatening messages to Taylor Swift and her employees on Instagram before all charges were Dropped. Respondent is guilty of kidnapping conspiracy fraud malicious prosecution and torture by intentional infliction of severe mental pain and suffering as described under Section 2340A of Title 18 of United States Code. On June 5th 2023 approximately twenty United States employees came to Plaintiff's House on fraudulent allegations kidnapped him searched his family lake house and took many items belonging to Plaintiff. This kidnapping we have confirmed got over 50 Television Broadcasts across the Country including National Broadcasts it was on CNN, Fox News, ABC News, Fox32 Chicago, ABC7 Chicago, WGN Chicago, WTHR Indianapolis, Telecino5 Spain, Fox10 News Phoenix, WNDU South Bend, ABC57 South Bend, WSBT Mishawaka, WSAZ, WSIL, WHIO Ect. Natalie Bomkie from Fox32 News covered the incident in a Number of Broadcasts which Mentioned that Plaintiff had Presidential aspirations and played a number of Plaintiff's Instagram Videos on TV that stated "I am the best debtor on TV I'll Prove it Anywhere Anytime". Ravi Baichwal from ABC7 Chicago mentioned that Plaintiff called Taylor's father and told him his daughter is Plaintiff's Soul Mate. The unlawful arrest was in Rolling Stone, USA Today, Chicago Tribune, Kansas City Star, NY Post, South Bend Tribune, Economic Times, NWI Times Ect. And many publications Online The Philippine Star Life, Yahoo News, AV Club, Daily Mail Online, Lipstick Alley, Upi,

Ground News, Head Topics, Peek You, Fomoza, Revista Rhonda Etc and went Viral on Social Media. It was also on a number of Radio Stations although it's hard to say how many we Know it was on local stations WEFM and WCOE-FM. This Was certainly the Biggest thing to ever happen in Northern Indiana. There is a Media Coverage Playlist on Plaintiff's YouTube Channel comprised of what Plaintiff found on YouTube obviously the Media does Not Upload everything to YouTube. Respondent Biden likely had to authorized the unlawful arrest of Plaintiff personally as Plaintiff is a Presidential Candidate on TV, Radio Published in the Newspaper and filed with the FEC. Respondent obviously knows who Plaintiff is a TV Host that and has been in Hundreds of Media Broadcasts across the Country, written to the white House, written to Joe Biden on Instagram and written to the U.S. Civil Rights Division a number of times Complaints are Included as Exhibits. Many of the property items were returned after The Honorable Judge Jaime M. Otis in LaPorte County granted a motion to Dismiss on December 18th 2023 that had been filed by the district attorney's office in the interest of Justice according to a NWI Times Article Plaintiff Found Online. Plaintiff's attorney Elizabeth A. Flynn stated they wouldn't have been able to prove the charges. Still retained by a prosecutor's office is Plaintiffs Brand New Apple Mac Book Pro, iPhone, Data storage devices etc which Plaintiff uses for work as a TV Host, Actor and Film Director. Plaintiff Received an Award from the Los Angeles Film Awards Feb. 2017 for his Short Film Logic-Interviewing The Inauguration Protesters For The Basis of Their Opinions and an Award that same year from the Sweet As Film Festival in Toronto, Canada. Plaintiff is currently seeking contracts with Networks and Production Companies and representation from Talent Agencies in Los Angeles and Chicago. Plaintiff needs his property returned and to continue to develop his portfolios. If anyone has threatened or intimidated Taylor Swift suggesting she not meet with Plaintiff that would clearly be Treason Torture Conspiracy Etc. Taylor Swift could not possibly have any reason not to meet with Plaintiff who is a TV Host and has met some of the biggest Celebrities on Earth including Ryan Seacrest John O'hurley Anderson Cooper Zach

Bryan Leonardo Dicaprio Kiefer Sutherland Tim Allen Judge Alex Ferrer Michael C Hall Mario Lopez Flo Rida Clint Eastwood Andre 3000 Ashton Kutcher John Krisinski from The Office Claire Rosinkranz Dua Lipa Inbar Lavi Adriana Lima Delphine Chanaec Kate Bosworth Gabriella Anwar Shenae Grimes Beach from the New 9021 And Tori Spelling from the original 90210. Taylor Swift has given Plaintiff many signs she would like to meet Taylor broke up with Alwyn the day after Plaintiff Released a Five Hour Twenty Minute Film Titled Celebrities Mr Mitch Taebel and Taylor Swift Must get Married Immediately!!! See @MitchTaebel on YouTube. Taylor Stood by Mitch Bucannon from Baywatch at EMA Awards and he never would have been there in a Million years if it wasn't for this Marriage Proposal. Taylor wore green at the golden globes then twice more that week Mr Mitch Taebel has beautiful green eyes and Taylor Sings about green eyes in her song Sparks Fly. Taylor Sings about James Dean from Indiana in her song Style Plaintiff said if she even mentioned James Dean she has to Mary Plaintiff see his acting reels on YouTube. Taylor and Mitch are both writers and poets they are both very talented Singers and Performers. Plaintiff Published a Book Titled Looking Out For America a Memoir and legal and political manifesto which covers a lot of Supreme Court of the United States law and History Taylor says her favorite subject was History. They both grew up outside major cities at a young age. Mr Mitch Taebel and Taylor swift both have Sock Broker Parents that made Millions. Plaintiff Lives in on of the Biggest Homes and properties in the small prestigious Lake house Community of Long Beach, IN Plaintiff grew up with a Swimming Pool, Tennis Court, Jacuzzi, Sauna, in a Three car garage Home on an Acre of Property about a from Lake Michigan. Taylor used to say she wanted to be a stock broker when she grew up as did plaintiff. She Recently said if she didn't work in Entertainment she would likely work in creative advertising Plaintiff has said the same. Taylor's brother attended Notre Dame in South Bend less than an Hour From Plaintiff's House in Long Beach, IN Plaintiff was Named after his mothers brother Mitch Stoltz who was Captain of the Baseball Team and Pitcher and knew Vice President of The United States Dan Quayle,

Jr. having been to his House in Indianapolis a Number of Times. And Plaintiff's Mother Likes Baywatch. Taylor Swift and Plaintiff like the same music and TV shows like Mad Men and Friends. Mr Mitch Taebel and Dr Taylor Swift are both gifted Speakers and make better Press statements than Anyone. Taylor and Mitch are both Award Winning Film Directors and Music Artists. They are Both German-American. The Name of Her New Album the Tortured Poets Department is clearly not about a football player who never attempted to contact her until after he saw Plaintiff in over Fifty News Media Broadcasts many of the News Broadcasts were National Broadcasts he was just trying to be the man and didn't even care about her He Knows Plaintiff Makes better Press Statements than Anyone on Earth but he is not a leader or even a quarterback. Anyone who knows anything about Taylor Swift knows she would have married Plaintiff years ago had they already met look at the guys she has dated and everything she has said on TV. They Very Likely would have met by Now had Plaintiff spent more time in Los Angeles were they visit the same Beaches Hiking Trails Night Clubs and Coffee Shops. Her New Album was Obviously Named with Plaintiff in Mind after Plaintiff wrote her Four Poems and established himself as one of the greatest poets of all time. Poem #1 "I know we were already Soul Mates in a past life, I know you are my German-American Celebrity Soul Mate Soon to Be Wife, I know you have struggled with depression and we are getting Married and you will never feel that way again, I know you need me Now More than ever, I know you love me because you love all your fans everyone who buys your tickets or compliments you, I know we will be very happy together, You know I am the funniest best looking smartest man that could ever propose to you." Poem # 2 "Taylor Taylor You're My Taylor, Forever and Always Your Mine Taylor, Bring Your Friends We'll Have Fun, Bring Your Dancers We're Having Fun, Everything is Meaningless Next to You, Being Married to You is so much better than Any Ambition I've Ever Had, Forever And Always Mitch And Taylor". Plaintiff was Framed for sending Instagram Messages that Plaintiff did not send the account that sent the messages didn't even belong to Plaintiff How could the U.S. Government not have

known or figured out that Plaintiff didn't own that Instagram account or send those messages. The account owner did post a few pictures of Plaintiff on their Instagram however Plaintiff is a Celebrity, Public Figure and very Famous anyone can download those photos from anywhere on the internet and post them this in no way was evidence that Plaintiff sent those messages or owned the accounts however it was alleged in the police reports and fraudulent probable cause affidavit that Plaintiff made those threats as if they knew for sure which they obviously didn't have any idea what they were talking about or alleging and plaintiff was kidnapped and detained for over six months before all charges were dropped. Congress should pass a Crime Victim's Charge Approval Act which requires all law enforcement officers to read suggested charges with sentencing ranges to a victim who must approve all charges before a warrant or any prosecution to avoid murder over spilt milk and obviously a crime victim's sense of justice matters. Tim Allen has spent time in jail for traveling through an airport with cocaine, Mark Wahlberg was charged for attempted Murder and plead guilty to felony assault after assaulting two Vietnamese men high on PCP in one case he used a large stick as a weapon he spent only 45 days in prison although having been sentenced to two years, Robert Downey Jr spent 15 months in prison for multiple probation violations after he was arrested for possession of heroin and an unloaded .357 magnum these actors have obviously had very successful careers and have all made hundreds of millions. There were other allegations in the reports however they were in no way illegal threats to Taylor Swift, her backup dancers or any of her employees the only explicit threat alleged was that "Taebel posted a picture of someone firing a handgun at a gun range and stated, 'If today there is a sexual performance of Vigilante shit, you can be sure that we will destroy you and all other dancers and Taylor Swift too, I think you know what happened to joe alwyn, who has already been in jail for months awaiting the death penalty, so be careful that you are not the next one, whoever is writing here works for the government'". Plaintiff obviously did not or would not have sent a message like that Plaintiff is Semester at Sea Alumni which is more Prestigious than Harvard as it costs more and is

very associated with the United Nations and it was through University of Virginia which is probably as competitive as most of the IVY League Private Schools. Plaintiff Knows Exactly what he is doing at all times and has a lot of self control he is definitely not bipolar as alleged he just gets mad when being nice doesn't work he Knows exactly what he is doing People should Not forget this Plaintiff is tired of having to remind public servants of this. Some people have a rhyme and reason for everything they do and are just reasonable sensible human beings only complete idiots who refuse to have discussion would ever think otherwise. People must always be willing to talk about issues and listen to both sides of an issue before they can have any real understanding they must consider different perspectives from intelligent human beings especially directly apposing arguments. Plaintiff cares very much about Taylor Swift and after reading a lot rumors mostly on reddit that she had HIV and had been treated for STDs and couldn't have kids etc Rumors Plaintiff Now believes are most likely false however after reading them Plaintiff wasn't sure and Mr Taebel has been Planning to Marry Her since he first knew who she was he just wasn't ready to get married because he expected to make hundreds of Millions before getting Married Although these two certainly would have got married had they met Mr Taebel never felt the need to be married although and she said the same only a few years ago before Plaintiff Publicly Proposed to her on Media however she was obviously not being completely honest, See Her Film Miss Americana on Netflix. Plaintiff spoke to Fox News Nashville about her and they said she used to visit the station on a regular basis however they hadn't seen her in a few years. Then in a telephone conversation with an assistant to the Alaskan governor a girl said people were being raped in this country the recording of that conversation was sent to the News Media and posted all over Social Media and it is about twenty minutes long and in Plaintiff's 12 Hour Film and the 5Hour 20 Min Version which both Prove Plaintiff is the Greatest Vigilante TV Host in World History even if she was in no danger at all. She released a track titled "Vigilante shit" and Plaintiff thought she needed a Vigilante. Plaintiff did ask her to let Plaintiff know she was okay or reach out to Fox17 Nashville

and let them know she was okay however she didn't do either a simple request from the smartest TV Host on Earth worried about her. Fox40 News in Sacramento Confirmed she was getting the Audio Messages Plaintiff had been Sending her on Instagram. Taylor wrote a song titled tear drops on my guitar for a boy she liked named Drew Hardwick who repeatedly ignored her was criminally charged for aggravated child abuse after a 3 yr old girl had to be airlifted to a children's hospital. Taylor Shouldn't let a few of the Right Wingers in the Political Party keep her from maintaining relationships with TV News Stations. Taylor opened her Documentary Miss Americana talking about her first and foremost value in life was to be a good person and a good influence upon Society why would Dr Taylor Swift not speak with Plaintiff or Fox News Nashville who obviously care about her well being. Jimmy Kimmel recently said something about jews hating Europeans on his Show which is why our country is being flooded with immigrants to dilute the White people and their votes. Additionally there has been reported Genocide in South Africa against the English years after giving the indigenous legal rights Plaintiff Heard it about listening to NPR Radio and it was on the internet. It once came up in discussion with a second Home owner here in Long Beach and he was aware of it although plaintiff surprisingly hadn't heard many people talking about it. Plaintiff has also listened to John Batchelor, Sean Hannity, Carl Tuckerson, Mark Levin and Dana Loesch. In the 1st Episode of The TV Show The Office Steve Carell made a joke about there being two kinds of black people and that TV Show was obviously very successful he also made a joke about being Hitler in the Pilot. Many of Plaintiff's best friends growing up were jews and Plaintiffs grandfather in law was a jew and a nice man Plaintiff used to play cards with him every time they would visit in Palm Springs. What mind blowing dumb person wouldn't support the Greatest Speaker, Debater, Conversationalist, Presidential Candidate and most reasonable man in an Election. Whether or not the majority ultimately votes for that candidate everyone should support Freedom of Speech and Authentic Presidential Elections discussion debates and Everyone should be invited to Speak as much as they want. Few things are as obviously

unethical as censoring Speech "cancel culture" would end the world if not apposed by those with Ethical Values and a Brain. Plaintiff thinks the jews likely have taken over after WWII and racist jews have it out for German American Celebrity intellectual Soul Mates Like Dr Taylor Swift and Mr Mitch Taebel. Plaintiff thinks he has been prejudiced quite simply for being a highly intelligent Presidential Candidate. Mike Johnson our Speaker of the House has suggested homosexuality which was considered a mental disorder in the DSM I, II, III and at one time a criminal offense in all fifty states be an issue returned to the states, See Bowers v Hardwick, 478 U.S. 186 (1986). Plaintiff had a gay jewish judge in Manhattan that obviously didn't think the law mattered back in 2013 where Plaintiff represented himself in court through a 12 person jury trial with only partial success. In this weird gay court room without video cameras in Manhattan Plaintiff was acquitted of only one charge in a self-defense case despite as Plaintiff argues in His Book Looking Out For America that verdict being against approximately 250,000% the weight of the evidence and clearly unconstitutional which requires reversal, Two Civil Rights Division complaints are included in the Exhibits. The DSM I classified homosexuality as a "sociopathic personality disturbance". House Speaker Mike Johnson said homosexuality would cause people to "marry their pets" and He is obviously a Hero for saying that. The Judge stated three times on record he doubted the sufficiency of evidence to prove beyond a reasonable doubt but because there were no cameras or even authentic transcripts and the jury was not able to ask questions during deliberation and they had no idea what the sentencing range was for the charges a mislead and confused jury made a very mistaken judgment in Zoo york city Read the 330 Motion Dismiss Filed by Raisor & Kenniff who Plaintiff retained immediately after trial Tom Kenniff represented Plaintiff at the hearing and appeared to be one of the most competent lawyers in Manhattan in the YouTube search result and had Media of him at News Stations Discussing Law with TV Hosts. If homosexuality was considered a capitol offense for thousands of years and still is in many countries it would be insane impose it upon people with the U.S.S.C. We have fifty states for a reason and Plaintiff

very much supports authentic democracy in each state especially on this issue. Plaintiff later found Supreme Court of The United States Law that exonerated Plaintiff immensely in addition to every state self-defense statute, See Brown v. United States, 256 U.S. 335 (1921);  Rowe v. United States, 164 U.S. 546 (1896); See Also John Bad Elk v. United States, 177 U.S. 529 (1900). That judge was one of the dumbest individuals Plaintiff has ever witnessed was not until then aware that at least 99% of lawyers and judges have never read any Supreme Court of The United States Law on Self-Defense and that in law school they apparently teach their students the law is arbitrary and meaningless and to do whatever the district attorneys office wants. The Law is Obviously Not supposed to be Arbitrary or we would have stayed in England. Those are the Biggest Supreme Court of The United States Rulings on the subject and anyone who hasn't read them virtually has no understanding of Self-Defense whatsoever. The court wouldn't even allow Plaintiff to use the TV Screen to Present Evidence and talk about it. This is not the stone age. Plaintiff has felt harassed and prejudiced by homosexual Government employees ever since, monkey see monkey do is apparently the slogan for employees who work in the criminal justice system. Plaintiff thinks the obvious biggest threat to Our Country are the sociopaths that work in law enforcement and most likely the gestapo caused the holocaust they obviously didn't stop it. In U.S. V Guidry, (5th Cir. 2006) a then officer in San Antonio TX raped Denise Limon and he and his partner sexually assaulted five other women they were prosecuted under the Civil Rights Act and Sentenced to 38 years. Abner Louima was raped in a Nyc Police Station with a broken broom stick and hospitalized that officer signed a plea deal for thirty years to avoid a death penalty. Plaintiff thinks people are insane if they don't think anyone sentenced to prison shouldn't be able to opt for death by lethal injection before ever going to prison. No decent human being should have any tolerance for Torture in this Country. Plaintiff had previously represented himself twice in traffic court in Los Angeles and was 100% successful both times. Plaintiff First Speaking role was on Americas Court the Television Show Produced by Entertainment Studios. Plaintiff also

chose to take Public Speaking in College as an Elective. Plaintiff attended Arizona State University for Film and Media Production briefly in 2018 Plaintiff earned a Degree from Colorado Mountain College in 2010 before he moved to Los Angeles to work in Television and Film Production. Plaintiff had Talent agents in Los Angeles and Manhattan immediately after printing comp cards and Had Talent agents fighting over him after Plaintiff released his Commercial Reel. Plaintiff was more successful than most A-List Actors when he started working in Entertainment and that was before the Entertainment Industry knew he is The Greatest Stand-Up Artist in Entertainment and an Exceptionally Talented Singer. Prior to this the only girl Plaintiff ever sang for was Sarah Summers the Playboy Model from Sedona where Plaintiff graduated High School. The Entertainment Industry is the most competitive profession on Earth and it Pays much More than any office in Government. Plaintiff is a Social and Comedic Genius and knows exactly what he is doing at all times as Plaintiff asked his lawyer to tell everyone after his unlawful arrest and kidnapping. Plaintiff is tired of being kidnapped and harassed by government employees who are not smart enough to have a sense of humor or even know whats going on. Plaintiff was already booking work at $2,500 a day as an independent contractor in Marketing and Entertainment at the age of twenty four which is over 200% what the President of the United States makes. Plaintiff was Cast in an ESPN Super Bowl Commercial Wikipedia Says was seen by over 162 Million people in the United States. Plaintiff watched the Commercial play of TV during the Super Bowl with his roommate and friends when Plaintiff was Living in Los Angeles. Plaintiff was cast in a National Xoom Commercial for BBC, a Yahoo Genome Commercial and a Farmer Boys Commercial that played on TV all over Southern California. Plaintiff has an IMDB (Internet Movie Database) with 18 credits as an Actor, 8 as a Director and 6 as a Producer and production companies do not always list all credits on IMDB Plaintiff has worked on many more productions. Being cast for anything in the Entertainment Industry is very similar to winning an election elected by very talented and intelligent people who own and work with Networks, Production Companies, Talent Agencies,

directors and casting directors. After Plaintiff was kidnapped a girl freaked out after she saw the bad media coverage and after a relative that knew who Plaintiff was had seen Mr Mitch Taebel on TV in the Media then calling that woman on the telephone and telling her about it then she all excited over the bad press coverage made a complaint against Plaintiff and while a sensible officer would have helped her calm down and reminded her that Plaintiff is a TV Host Comedian Speaker Actor Published author and Presidential candidate ect who is a very civilized intelligent respectable member of society the officer did not do that instead they used it to take a cheap shot at someone they probably see as an aristocrat with incomprehensible intelligence insight and talent. It is clearly unprofessional and unethical grounds to bring charges against someone by someone who is not only making false allegations but who clearly overreacted to bad press coverage from an illegal unjustified arrest where the prosecution dropped all charges after looking at the facts and circumstances closely. Obviously these are not grounds to bring criminal charges against a Presidential Candidate for fraudulent allegations of stalking against the weight of evidence. Obviously if someone does something illegal a person is obligated to report it immediately and it can be dealt with a person can not claim that someone bothered them months or years ago then have them charged with a Felony Plaintiff has been attacked by human bacteria who are not smart enough to understand how wrong they are. Do Judges, prosecutors and police not know how to use google or Social Media any competent person involved in arresting or detaining a person should know how to use Google and figure out who they are dealing with. detaining a personThat woman is named Kristen Elizabeth Field and she has Pictures on Facebook with Hillary Clinton Mr Mitch Taebel and Kristin Field had sex in San Diego before Plaintiff traveled around the circumference of the World on Semester at Sea She Picked up Mr Taebel from the Airport and they went to her apartment where our High School Prom King and Quarterback David A Rich met Plaintiff giving Plaintiff a ride to Semester At Sea after they went to his House to meet his Fiance. Kristen Field alleged Plaintiff had stalked her at a family party in Illinois a few years later then in text

messages included later in the reports she revealed that she and Plaintiff "hooked up" at that party and slept there she gave Plaintiff a hand job Plaintiff was not stalking her in the text messages she also describes she and Plaintiff meeting up in Chicago a few years later and spending the afternoon together after Plaintiff flew into the Airport. Kristen Field two years older than Plaintiff claimed Plaintiff has been infatuated with her since she got into High school which is not at all true and no one would believe that. Plaintiff dates models and playboy models and has never dated a woman overweight and she has always been a little overweight and dates very overweight unattractive men. Kristin Field said she wants to run for Senator however making false allegations against someone is attempted kidnapping or kidnapping conspiracy fraud accessory to malicious prosecution etc Plaintiff knows this is a desperate attempt for attention and Media Coverage by Kristen Field who works at friends of prentice in Chicago. Now the judge on that case recently granted a district attorneys motion to revoke Plaintiffs $750 bail for travel restrictions Plaintiff and his family were entirely unaware of for visiting with his family his younger who has a Masters Degree from Ball State and who is Married and pregnant with her second baby girl after she and her Husband who works as a Financial Advisor at Chase just Bought the Governor's House near Lansing Michigan and for traveling for work Speaking at Events and Open Mics. This complaint was drafted before Plaintiff was unlawfully arrested for traveling outside the area Plaintiff has never has a judge impose travel restrictions after release Plaintiff was released O.R. With GPS. Plaintiff needs to be able to to travel out of state for a number of reasons and to help his parents drive to see Plaintiffs sister who is due April 13th and lives almost three hours away Plaintiffs father is 83 years old somewhat senile and if he had a heart attack driving on the highway both of Plaintiffs parents could be killed and other drivers on the road. Plaintiff has already filed a complaint and First Amended Complaint against the complainant proving there was never probable cause to arrest Plaintiff in the first place and certainly not now after Plaintiff has responded to the allegations in writing anyone with a brain would be able to see the charges are complete bullshit, See Mitch Taebel v

Kristen Field 224CV38 in the U.S. District Court in Hammond. Plaintiff mailed copies of the complaint to the Media Indiana Governor Eric Holcomb to the Judge John A Link to the district attorneys office and delivered in person and via email copies to the secretary of Plaintiff's attorney Mladenka Rodriguez with a letter regarding travel restrictions to which he has never responded. These lawsuit should get Media coverage and are Po-Se Complaints Written for the Media, Public, Courts, Google And can be downloaded by anyone anywhere on earth from Pacer.gov. The lawsuit contains the police reports and clearly proves there was never probable cause to unlawfully arrest Plaintiff in the first place as only a few of the allegations are even arguably illegal and in no way would constitute an f6 Felony even if they were true. Plaintiff asked Fox News Sacramento if they has ever heard of sending emails to all contacts being illegal and they said No. The officer who made the report likely gay and accused Plaintiff of being a Sovereign Citizen which he is obviously Not and made other blatant prejudicial false irrelevant allegations to get a warrant the officer obviously needs to be fired. Many law enforcement officers frankly aren't smart enough to have much self control or sense of justice and tend to abuse any discretion for a sense of power a Man Should always have reserve. The officer who made the false report did not go to college and he used to work in the county jail by choice we can assume or maybe no police departments would employ him because he wasn't smart enough only an insane person would work in a jail by choice based on the police reports he likely wasn't smart enough to get any job at a police station. Taylor Swift is a Public Figure as is Mr Mitch Taebel who as a TV Host, commentator or critic has an absolute right to say just about anything he wants about Taylor absent intentional false malicious statements, See New York Times Co. v. Sullivan, 376 U.S. 254 (1964) Something these very perplexed officers have made clear. The Civil Rights Division never even contacted Plaintiff in an investigation or in any way indicted they were interested in enforcing the law. Plaintiff does Not want Taylor Swift or any of her employees criminally charged for the record. At least 9/10 people in state jails didn't even bother to graduate High School or weren't capable of graduating.

Bill Gates, Steve Jobs, Mark Zuckerberg and Many of the Most Successful people only had about two years of college or less which is why Plaintiff only Completed an Associate of Arts Degree which is more than enough to be President of the united States as twelve Presidents didn't even graduate College. John Lewis was arrested Forty times before he was Elected to United States Congress Anyone has the Absolute Right to Run for President of The United States. Twelve Presidents didn't even graduate College. Truman didn't graduate College and didn't go to college until he was 39 years of age. Plaintiff is very impatient and when Plaintiff and Taylor Swift still hadn't met Plaintiff stated on social media he might have to start making fun of people and criticizing people for incompetence if they weren't helping or suggesting Taylor and Plaintiff meet. Plaintiff who borrowed over $2,200 to attend the Eras Tour in Nashville to Meet Taylor Swift was escorted out of the stadium by nervous jews who didn't allege Plaintiff had even done anything wrong when Plaintiff asked them twice on Video clearly stating on video it was the stadium security and not Taylor Swift or her employees. Plaintiff told them the problem was that they weren't treating Plaintiff like a TV Host and inviting Plaintiff to briefly meet Taylor before the Performance and that Plaintiff has been to other concerts and was invited backstage to get pictures and video with Celebrity Performers Dua Lipa's Producer Gave Plaintiff his Number and Plaintiff met Claire and Eliie Rosinkranz on Stage getting Video and Pictures with them Plaintiff also met Country music star Zack Bryan on Video and got pictures with him. On Video they stated they would follow Plaintiff on Twitter and refund Plaintiff for his Purchased tickets and took plaintiff's number on video then later refused to refund Plaintiff after releasing the 40 Minute Video of Plaintiff at the Eras Tour in Nashville or after Plaintiff alleged maybe her employees were incompetent or maybe it was after Plaintiff called a lawyer in Nashville and left her a message asking her if she wanted to sue the stadium Plaintiff posted a recording of the message he left for the attorney on Instagram. Plaintiffs Instagram with approximately 1 Million Followers and 1600 Video Posts the Eighth Wonder of the world was deactivated while Plaintiff was detained due to bad

media coverage or U.S. Government. It was the best record of everything before and after the eras Tour in Nashville and obviously evidence in this case for this lawsuit and was exonerating evidence against Plaintiff's malicious prosecution which was dismissed. The Instagram is Priceless and must be restored. Plaintiff spent countless hours publishing irreplaceable content and commenting on other's Media which drives traffic to Plaintiffs Account and Helps Plaintiff gain support from Taylor's Fans for this Marriage Proposal. According to the police reports one of her employees made a report alleging that Plaintiff had sent Instagram Messages he did not send and that Plaintiff had been placed on a list banning him from entry to the Concert the day of the Show however on Video her employees stated it was the Nissan Stadium in Nashville the video is on Plaintiffs second YouTube Channel and on Facebook. Plaintiff was admitted to the Venue without issue with the tickets he purchased from the only seller he attempted to purchase the tickets from despite allegedly being banned from the Eras Tour. Plaintiff also called Fox11 Los Angeles, Fox17 News Nashville, CAA and 13 Management, Messaged Her on Instagram that morning letting everyone know Plaintiff had bought tickets to the Show and posted a video about it Plaintiff Let Everyone know he was going that morning many hours before the show and Plaintiff was able to access the event without issue contrary to the claims made in the false police report by one of her employees. If Taylor And Mitch Haven't met because she is insecure everyone including Joe Biden are going to look like complete worthless idiots spineless worthless human bacteria worthless idiots because Taylor Wants very badly to Marry Mitch and is not happy and sings about killing herself by "jumping off a very tall something" in her song is it over now?. Women including Taylor's cousin Mackenzie Swift Love Plaintiff's Marriage proposal she told Mr Taebel She Loved his "Bold" Marriage Proposal. There were other allegations made that were not threats or in any way intended to harass and were taken out of context or completely fraudulent. Plaintiff needed the Money returned to attend the concert in Chicago. Plaintiff had stated that if anyone had threatened Taylor Swift preventing her from meeting with Plaintiff a Presidential candidate they could

obviously be charged for Treason which is obviously a capitol offense it was alleged by someones interpretation that Plaintiff had threatened to kill anyone preventing Plaintiff and Taylor Swift from meeting. Its obviously not illegal to inform people of the law to stop or prevent a crime from being committed. Plaintiff published a telephone recording with the Indiana Governor's office On Instagram and Facebook yesterday. Plaintiff also Speaks at Town Council Meetings here in Long Beach Indiana and stated on video on Public Record that Plaintiff has case law that shows victims of unlawful detainment can be awarded over $1 million for every day they were detained Plaintiff asked the Town Citizens and Town Council to Support his lawsuits and invited everyone to follow Plaintiff on Social Media Video of Plaintiffs Public Statement at the last Town Meeting can be found on his TikTok @theguardian464 his Instagram @vigilantihero and his second YouTube Channel @MitchTaebelReality See Also TikTok @MitchTaebel and Facebook @MitchTaebel. Plaintiff was a Prom King Nominee like will Ferrel and Plaintiffs mother was a Prom queen in a school with thousands of people like Ryan Seacrest. Plaintiff was a two time State Flag Football Champion in the State of Arizona before he Graduated from a Private High School in West Sedona which Plaintiff attended with Katie wick the daughter of the owner of the school who has pictures with Presidential Candidate Rick Santorum on Facebook and defended Plaintiff with the Media after Plaintiff was kidnapped Jan 24th 2018 while attending ASU for a semester to make a Film with the University Students. The University has many notable alumni including Jimmy Kimmel and David Spade See Wikipedia for Notable Alumni. Plaintiff was Kidnapped after a 60 mile mostly slow speed police pursuit that escalated after an officer rammed Plaintiffs vehicle during the peaceful civil protest and an accident occurred that would not have otherwise happened if it was not for the use of excessive force and numerous policy violations by law enforcement as the Media brought attention to MaryEllen Resendez questioned a public information officer who made a Press Statement as to whether the pursuit should have been "suspended before that time" of the accident and Dave Biscobing from ABC15 were two Journalists who defended

Plaintiff criticizing law enforcement for their policy violations defending the Constitution, Justice and the safety of every citizen in America they deserve a Nobel Peace Prize. After Plaintiff made a Press Statement better than Anyone in Government lasting almost 15 Minutes Crystal Cruz at KCAL CBS2 Los Angeles went to Plaintiffs Apartment Building in Downtown Los Angeles and stated Plaintiff was an "Actor and Model who Lives Here in Los Angeles". Lauren Reimer from CBS5 PHX stated the kidnapping of Mr Mitch Taebel was a "High-Profile arrest". Jeff Mayes The Chief Editor at the Michigan City Herold Dispatch published Plaintiffs Presidential Campaign in the Newspaper Nov 8th 2021. Drew Tallackson Editor at the Long Beach Beacher also published Plaintiffs Book Signing in the Local Newspaper. At Plaintiff's Book Signing Plaintiff met Donna Kavanagh a TV Host at WNIT PBS And Radio Host at Harbour Country Radio Plaintiff is now her TV Co-Host there are currently three episodes of the TV Show What Gives? and three Hour Long Radio Talk Shows Plaintiff has done on Plaintiff's YouTube Channels. Plaintiff also attended La Lumiere High School a very prestigious College Prep Catholic Private School attended by Chief Judge Roberts of The Supreme Court of The United States Jim Gaffigan Chris Farley Paris Barclay and many more Celebrities and Public Figures Plaintiff wore a blazer and tie every day notable alumni are listed on Wikipedia. Plaintiff Dated two Prom Queens in High School that were posting on Plaintiffs Facebook wall over five years later Plaintiff Dated a very attractive playboy model named Sarah Summers Google "Sarah Summers Playboy" you can buy Posters of her online. Plaintiff dated two girls on Semester at Sea that were posting on his Social Media years later. Plaintiff Met a girl on the Film Set of New Years Eve in times square working on set for two days and with Ryan Seacrest, Ashton Kutcher and Michael Bloomberg Billionaire Mayor of Nyc and Presidential Candidate and Plaintiff Lived with the girl he met on that Movie Set on the Upper East Side of Manhattan and dated her for about six years she recently said she Loves Mr Mitch Taebel More than She has ever Loved Any Man. As Much as Plaintiff liked the women he Dated Plaintiff never wanted to get Married Because the Only Woman Plaintiff has

ever wanted to Marry was Taylor Swift. While Plaintiff has stated that in a Presidential Election Plaintiff would expect to be able to reach agreeable terms with either Party for Nomination Plaintiff has generally sided with the Republicans on more issues however almost all the girls Plaintiff has dated favor the Democrats and when there may be issues they would disagree on Plaintiff usually avoids talking about those issues entirely because Plaintiff doesn't like to argue with his girlfriends because Plaintiff enjoys having a healthy peaceful relationship infinitely more than he cares about political issues or anything they may disagree upon. Plaintiff's Best Friend in High School and after has always been our Prom King and Quarterback David A. Rich a jew who Now works for Chartwell Law and attended the Thomas Jefferson School of Law in San Diego. Mr Rich and Plaintiff went to Park City,UT for Spring Break and had sex with girls and went skiing when Rich was in College at NAU. Plaintiff was still in High School and the Most Popular young man there just as he was at La Lumiere and on Semester at Sea. Plaintiff has always got the best looking girls Plaintiff has dated Celebrities Singers Models Actresses and Dancers in South Florida and Los Angeles. Plaintiff Opted to live on Campus at La Lumiere freshman year of high school after about a month because he enjoyed living with with wealthy Ambitious High School Students his own age Plaintiff also chose to Live with Students in Sedona Az by Choice because it was much more fun than living with his parents and it helped Plaintiff mature and become an actor and socially advanced. For many people moving out of their parents house to attend college and live with scholars their own age from all over the world is the greatest thing they will ever do in life to develop social skills that will help them professionally the rest of their lives Plaintiff was already doing this all through high school then when he moved out of state to attend Colorado Mountain College he lived in co-ed dorms freshman year as required by many colleges then Again when Plaintiff traveled around the World on Semester At Sea through University of Virginia with over almost 700 Scholars from around the World. Plaintiff is a TV Host at WNIT PBS and a TV Host is one of the most respectable positions on Earth as not many people are smart or confident enough to

speak on TV however like many nonprofits PBS lacks sufficient funding so Plaintiff's TV Co-Host and Producer Donna Kavanaugh declined any payment from PBS which is why Plaintiff lacks the funding to pay the filing fee, why Dr Taylor Swift and Plaintiff have not yet met and why Plaintiff requests this court appoint a U.S. Attorney to Assist the Prosecution of this Complaint. Taylor Swift was born December 13th 1989 and Likes the Number 13 Plaintiff was Born September 1st 1986 and is First Number One The One For Taylor Swift. Semester At Sea has More than 73,000 Alumni and Plaintiff in many ways working in Entertainment has probably been more successful than any of them and a bigger Celebrity. Attached as Exhibit 1 Acting Resume, Exhibit 2 is the Docket History for Case 46D01-2305-F5-000771, Exhibit 3 Docket History for Case 46D04-2306-F6-000840, Exhibit 4 Two Complaints sent to the U.S. Civil Rights Division regarding Plaintiffs kidnapping and malicious prosecution in 2013, Exhibit 5 Three Complaints Against Plaintiff's Kidnapping June 2nd 2023, Exhibit 6 The Fraudulent Probable Cause Affidavit for the Charges Dismissed Exhibit 7 Plaintiff's Certified World Record which is also public on the IGFA Website, Exhibit 8 is an email sent to Plaintiff's Attorney and to the correct email, Exhibit 9 Plaintiffs H.S. And College Transcripts, Exhibit 10 a Disc with 63 Media Items Proving Plaintiff is the Greatest Speaker Actor and Comedian in Entertainment.

Plaintiff Demands $500 Billion and has proven imminent threat of serious irreparable harm and demands and an Emergency injunction against any kidnapping by unlawful arrest or prosecution.

Dated February 17th 2024

MITCH TAEBEL
2020 Golden Gate Dr
Long Beach, IN 46360
(219) 346-0017

# EXHIBIT 1

USDC IN/ND case 2:24-cv-00066-JTM-JEM     document 1     filed 02/20/24     page 21 of 83

# actors access

www.actorsaccess.com

Breakdown Services, Ltd.

# MITCH TAEBEL - SAG-AFTRA



## Résumé

### FILM

| | | |
|---|---|---|
| "J. EDGAR" | POLICE OFFICER | DIR. CLINT EASTWOOD |
| "MIB III" | NEWS REPORTER | DIR. BARRY SONNENFELD |
| "NEW YEAR"S EVE" | DETECTIVE | DIR. GARY MARSHALL |
| "HISTORY OF L RON HUBBARD" | NAVAL OFFICER (PRINCIPAL) | GOLDEN ERA PRODUCTIONS |
| "SUGAR" | CLUB PATRON | DIR. ROTIMI RAINWATER |
| "BFF & BABY" | PARTY GOER | DIR. CAT COIRO |
| "FOR THE LOVE OF MONEY" | PARTY GOER | DIR. ELLIE KANNER |
| "CONFESSIONS OF A SHOPOHALIC" | SHOPPER | DIR. PAUL JOHN HOGAN |

### TELEVISION

| | | |
|---|---|---|
| "SCORNED" | DEWAYNE BARRENTINE (PRINCIPAL) | DISCOVERY ID |
| "CELEBRITY CLOSE CALLS" | OFFICER BETZ (PRINCIPAL) | BIOGRAPHY CHANNEL |
| "1000 WAYS TO DIE" | EMT (PRINCIPAL) | SPIKE TV/ALEX HARVEY |
| "YOU'RE CUT OFF" | COWBOY (DAY-PLAYER) | VH1 |
| "AMERICA'S COURT" | PLAINTIFF (DAY-PLAYER) | ENTERTAINMENT STUDIOS |
| "CSI:NY" | STAND IN | CBS |
| "BURN NOTICE" | BEACH GOER | USA |
| "MAS SABE EL DIABLO" | OFFICE WORKER | TELEMUNDO |

### COMMERCIAL

USDC IN/ND case 2:24-cv-00066-JTM-JEM    document 1    filed 02/20/24    page 22 of 83

| | | |
|---|---|---|
| XOOM.COM | XOOM USER (LEAD) | DOO LEE/RPOV |
| FANTASY FOOTBALL | MOTORCYCLIST (PRINCIPAL) | TALENT SOLUTIONS/ESPN |
| FARMER BOYS RESTAURANT | FATHER (PRINCIPAL) | LYON STUDIOS |
| FRANCE 2 TV PROMO | RUNNER (PRINCIPAL) | FREDERIC GRIVOIS/PARADOXAL |
| DC NATION | AQUA MAN (PRINCIPAL) | B2 STUDIOS |
| PANASONIC | HUSBAND (PRINCIPAL) | ZAZOU PRODUCTIONS |
| NASCAR | DATING COUPLE | HSI PROD./FOX SPORTS |
| HYUNDAI | DRIVER | COOPERATE IMAGE |

## INTERNET/INDUSTRIAL

| | | |
|---|---|---|
| "INTERCLICK" | HOST | INTERCLICK MARKETING |
| "TENDON EASE" | ATHLETE | SMB MARKETING GROUP |
| "PANASONIC END CAP VIDEO" | SKYPE USER | CARBON PRODUCTIONS |

## PRINT

| | | |
|---|---|---|
| ANVIL SPORTSWEAR | MODEL | SHANNON STAPLETON |
| BODYMAKER JAPAN | MODEL | YOSHI OHARA/MARS |
| KILPLINGER MAGAZINE EDITORIAL | MODEL | ALLISON MICHAEL ORENSTEIN |
| RINESCO | MODEL | PAUL ARESU/SUNOVIAN |
| FALL JACKETS LINE 2011 | MODEL | ADAM METIN/ASTON LEATHER |
| STOCK PHOTOSHOOT | MODEL | JOSE/JLP STUDIOS |
| STOCK SHOOT-LOVE | MODEL | DREW MEYERS/CORBIS IMAGES |

## TRAINING/EDUCATION

| | | |
|---|---|---|
| SCENE STUDY | | SAL LANDI |
| IMPROV | | CHRIS BERUBE |
| COLD READING | | JENN CRATER |
| SCENE STUDY | | PAOLO CRATER |
| SCENE STUDY | | JAKE CARPENTER |
| SCENE STUDY | | BRUCE HICKEY |
| ACTORS INTENSIVE | | KIRK BALTZ |

MARTIAL ARTS-MUAY THAI,TAEKWANDO,HAPKIDO, BOXING DANCE-BALLROOM,SALSA, BACHATA,CLUB/FREESTYLE, LINE DANCE ACCENTS-AUSTRALIAN,SUTHERN, NEW YORK STUNTS-STAGE COMBAT,DRIVING

## Physical Characteristics / Measurements

USDC IN/ND case 2:24-cv-00066-JTM-JEM    document 1    filed 02/20/24    page 23 of 83

Height: 5'11"      Weight: 170 lbs      Eyes: Green

Hair Color: Blonde      Hair Length: Short

ACCENTS, GUNS, MARTIAL ARTS, PRECISION DRIVING, PRESIDENT, SINGING, STUNTS, Archery, Badminton, Baseball, Basketball, Billiards/Pool Player, Boating - Sail, Body Surfing, Bowling, Boxing, Canoeing, Combat - Stage, Cycling, Cycling - Mountain Biking, Diving, Equestrian - General, Fishing, Fly Fishing, Football, Frisbee, Golf, Hackey Sack, Handball, Ice Hockey, Ice Skating, Jet Skier, Jump Rope, Kick Boxing, Martial Arts, Martial Arts - Taekwondo, Motorcycle Riding - General, Mountain Climbing, Parkour, Ping Pong, Pogo Stick, Racquetball, Rappelling, Rock Climber, Roller Skating, Rollerblading, Running - General, Running - Long Distance, Running - Sprint, Sailing, Sailor, Scuba Diver, Scuba Diving, Sculling, Shooting - Revolver/Automatic, Shooting - Rifle, Shooting - Skeet/Trap, Skateboarding, Sky Diving, Snorkeling, Snow Skiing - Cross Country, Snow Skiing - Downhill, Snow Skiing - General, Snowboarding, Snowmobile, Soccer, Softball, Surfing, Swimming - ability - general, Swimming - backstroke, Swimming - breast stroke, Swimming - butterfly, Swimming - diving, Swimming - freestyle, Tennis, Track & Field, Trampoline, Volleyball, Water Skiing, Weight Lifting, Wind Surfing, Wrestling, Yoga, Dance Ballroom, Dance Hip Hop, Dance Tango, Dancer, Firearms, Host, Juggler, Licensed Driver, Modeling, Motorcyclist, Precision Driver, Stunts, Vocal Range: Baritone, Vocal Range: Bass, Vocal Range: Tenor, Vocal Style: Belt, Vocal Style: Legit, Voiceover, Whistler, American - New York Accent, American - Southern Accent, Australian Accent, British - Cockney Accent, Canadian Accent

# EXHIBIT 2

USDC IN/ND case 2:24-cv-00066-JTM-JEM document 1 filed 02/20/24 page 25 of 83

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. Mitchell T. Taebel

| | |
|---|---|
| Case Number | 46D01-2305-F5-000771 |
| Court | LaPorte Superior Court 1 |
| Type | F5 - Felony 5 |
| Filed | 05/31/2023 |
| Status | 12/18/2023 , Decided |
| Reference | Prosecutor Case Management Number<br>46D01-2305-F5-DM2541111<br><br>Police Agency Number<br>LB230500017 |

## Parties to the Case

Defendant   Taebel, Mitchell T.

Description
Male, White, 5' 10", 185 lbs.

Address
2020 Golden Gate Drive
Long Beach, IN 46360

Attorney
Elizabeth Ann Flynn
*#2058364, Public Defender*

126 East 5th Street
P.O. Box 1006
Michigan City, IN 46361-8206
219-872-2100(W)

State           State of Indiana
Plaintiff

Attorney
Charles D. Watterson
*#3481946, Lead*

300 Washington ST
STE 302
Michigan City, IN 46360
219-874-5611(W)

Attorney
Sean Philip Fagan
*#3258264*

LaPorte County Prosecutor's Office
300 Washington St, Ste 302
Michigan City, IN 46360
219-326-6808(W)

## Charges

01   03/25/2023   35-45-10-5(a)/F5: Stalking where def. threatens sexual battery serious bodily injury or death

Citation#
              LB230500017
Statute
              35-45-10-5(a)
Degree
              F5

02   04/05/2023   35-45-2-1(a)(1)/F6: Intimidation: Threat to commit a forcible felony

USDC IN/ND case 2:24-cv-00066-JTM-JEM      document 1      filed 02/20/24      page 26 of 83

Statute
35-45-2-1(a)(1)

Degree
F6

03   03/25/2023   35-46-1-15.1(a)(1)/MA: Invasion of Privacy-Violates protective order under IC 34-26-5 to prevent dom

Statute
35-46-1-15.1(a)(1)

Degree
MA

04   03/25/2023   35-45-2-2(a)(2)/MB: Harassment by telegraph, mail, or other written communication

Statute
35-45-2-2(a)(2)

Degree
MB

## Chronological Case Summary

| Date | Event |
|---|---|
| 05/31/2023 | **Case Opened as a New Filing** |
| 05/31/2023 | **Case Filed Electronically** <br> Added By EFile Manager |
| 05/31/2023 | **Appearance Filed** <br> Appearance Michigan City |

For Party:          State of Indiana
File Stamp:         05/31/2023

| 05/31/2023 | **Motion to Seal Public Records Filed** <br> Motion |

Filed By:           State of Indiana
File Stamp:         05/31/2023

| 05/31/2023 | **Probable Cause Affidavit Filed** <br> Sup 1 Warrant Charging and Affidavit |

Filed By:           State of Indiana
File Stamp:         05/31/2023

| 06/01/2023 | **Order Granting Motion to Seal Public Records** |

Judicial Officer:     Link, John A - MAG
Movant:              State of Indiana
Movant:              Watterson, Charles D.
Order Signed:        06/01/2023

| 06/01/2023 | **Probable Cause Found: Order Issued** <br> BOND SET AT $15,000 CASH ONLY |

Judicial Officer:     Link, John A - MAG
Movant:              State of Indiana
Movant:              Watterson, Charles D.
Order Signed:        06/01/2023

| 06/01/2023 | **Warrant or Writ of Attmnt for the Body of a Person Issued** |
| 06/02/2023 | **Warrant or Writ of Attmnt for the Body of a Person Served** |
| 06/05/2023 | **Order Issued** <br> BOND CONDITIONS |

Order Signed:        06/02/2023

| 06/05/2023 | **Hearing Scheduling Activity** <br> Initial Hearing scheduled for 06/06/2023 at 8:30 AM. |
| 06/06/2023 | **Initial Hearing** <br> Session: |

06/06/2023 8:30 AM, Judicial Officer: Oss, Jaime M.
Result:             Commenced and concluded

| 06/06/2023 | Hearing Scheduling Activity |
|---|---|
| | Hearing scheduled for 07/27/2023 at 8:30 AM. |

| 06/06/2023 | Indigent Counsel Appointed at County Expense |
|---|---|

| 06/06/2023 | Hearing Journal Entry |
|---|---|
| | Defendant appears pro se in LPCJ by Zoom; DPA Sarah Konieczny appears by Zoom. Initial hearing held. Rights read to defendant. NOT GUILTY plea entered. Defendant requests OR; Denied. Bond remains same. PD appointed. Omnibus set on 7/27/23 at 8:30 a.m. |

| | | |
|---|---|---|
| | Judicial Officer: | Chidester, David L - SJ |
| | Hearing Date: | 06/06/2023 |

| 06/06/2023 | Order Appointing Public Defender |
|---|---|

| | | |
|---|---|---|
| | Judicial Officer: | Chidester, David L - SJ |
| | Order Signed: | 06/06/2023 |

| 06/08/2023 | Automated Paper Notice Issued to Parties |
|---|---|
| | Order Appointing Public Defender ---- 6/6/2023 : Mitchell T. Taebel |

| 06/08/2023 | Automated ENotice Issued to Parties |
|---|---|
| | Order Appointing Public Defender ---- 6/6/2023 : Charles D. Watterson |

| 06/08/2023 | Appearance Filed |
|---|---|
| | Attorney Elizabeth Flynn enters her appearance on behalf of Defendant as public defender. |

| | | |
|---|---|---|
| | For Party: | Taebel, Mitchell T. |
| | File Stamp: | 06/08/2023 |

| 06/08/2023 | Motion to Determine Competency to Stand Trial Filed |
|---|---|
| | Motion for Competency Evaluation |

| | | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 06/08/2023 |

| 06/08/2023 | Discovery Filed |
|---|---|
| | Discovery - Superior 1 |

| | | |
|---|---|---|
| | Filed By: | State of Indiana |
| | File Stamp: | 06/08/2023 |

| 06/09/2023 | Order Granting |
|---|---|
| | ORDER GRANTING MOTION FOR DETERMINATION OF COMPETENCY TO STAND TRIAL |

| | | |
|---|---|---|
| | Judicial Officer: | Chidester, David L - SJ |
| | Movant: | Taebel, Mitchell T. |
| | Movant: | Flynn, Elizabeth Ann |
| | Order Signed: | 06/08/2023 |

| 06/10/2023 | Automated ENotice Issued to Parties |
|---|---|
| | Order Granting ---- 6/9/2023 : Elizabeth Ann Flynn;Charles D. Watterson |

| 07/06/2023 | Notice of Exclusion of Confidential Information |
|---|---|
| | Probation Department files Notice of Exclusion of Confidential Information |

| | | |
|---|---|---|
| | Filed By: | State of Indiana |
| | File Stamp: | 07/06/2023 |

| 07/06/2023 | Report Filed |
|---|---|
| | Probation Department files Bond Investigation |

| | | |
|---|---|---|
| | Filed By: | State of Indiana |
| | File Stamp: | 07/06/2023 |

| 07/06/2023 | Competency Evaluation Filed |
|---|---|
| | Dr. Heroldt |

| | | |
|---|---|---|
| | Date Filed: | 07/06/2023 |

| 07/07/2023 | Automated ENotice Issued to Parties |
|---|---|
| | Report Filed ---- 7/6/2023 : Elizabeth Ann Flynn;Charles D. Watterson |

| 07/07/2023 | Notice Filed |
|---|---|
| | Notice of Insanity Defense |

| | | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/07/2023 |

USDC IN/ND case 2:24-cv-00066-JTM-JEM    document 1    filed 02/20/24    page 28 of 83

| 07/14/2023 | Competency Evaluation Filed | |
|---|---|---|
| | Dr. Matias | |
| | Date Filed: | 07/14/2023 |

| 07/17/2023 | Agreement of Parties Filed | |
|---|---|---|
| | Stipulated Motion for Commitment | |
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/17/2023 |

| 07/18/2023 | Order Issued | |
|---|---|---|
| | Order Signed: | 07/18/2023 |

| 07/18/2023 | Hearing Scheduling Activity | |
|---|---|---|
| | Hearing scheduled for 07/27/2023 at 8:30 AM was cancelled. Reason: Other. | |

| 07/19/2023 | Automated ENotice Issued to Parties | |
|---|---|---|
| | Order Issued --- 7/18/2023 : Elizabeth Ann Flynn;Charles D. Watterson | |

| 07/19/2023 | Document Filed | |
|---|---|---|
| | Confinement Authority and Cover Letter | |
| | Filed By: | Division of Mental Health and Addiction |
| | File Stamp: | 07/19/2023 |

| 07/20/2023 | Motion Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/10/2023 |

| 07/20/2023 | Correspondence to/from Court Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/13/2023 |

| 07/20/2023 | Correspondence to/from Court Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/14/2023 |

| 07/20/2023 | Correspondence to/from Court Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/14/2023 |

| 07/20/2023 | Correspondence to/from Court Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/17/2023 |

| 07/20/2023 | Motion Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/17/2023 |

| 07/20/2023 | Correspondence to/from Court Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/20/2023 |

| 07/27/2023 | CANCELED Hearing | |
|---|---|---|
| | Reason: | Other |
| | Session: | |
| | 07/27/2023 8:30 AM, Cancelled | |
| | Comment: | omnibus |

| 07/27/2023 | Correspondence to/from Court Filed | |
|---|---|---|
| | Filed By: | Taebel, Mitchell T. |
| | File Stamp: | 07/27/2023 |

| 07/31/2023 | Transport Order Entered | |
|---|---|---|
| | Order Signed: | 07/31/2023 |

08/30/2023  **Order Issued**

The Court, having received Defendant's Motion to Dismiss, filed on July 10, 2023, Correspondence filed on July 13, 2023, Correspondence filed on July 14, 2023, Correspondence filed on July 14, 2023, Correspondence filed on July 17, 2023, Motion for Change of Judge filed on July 17, 2023, Correspondence to Judge Vafquez filed on July 20, 2023, and Correspondence to the Dispatch filed on July 27, 2023, now makes the following Order: I. Rule 2.9 of the Judicial Code of Conduct prohibits the Court from considering ex parte communications (such as the above referenced correspondence) outside the presence/knowledge of the parties and/or their attorneys concerning a pending or impending matter. II. Should the sender desire further Court action in this matter, the sender is directed to contact his/her counsel. III. The Defendant's correspondence/pleading shall remain in the Clerk's file and/or on the chronological case summary, but the Court shall consider it stricken and will not rule on the same.

Order Signed:                 08/30/2023

10/31/2023  08/31/2023  **Automated ENotice Issued to Parties**

Order Issued ---- 8/30/2023 : Elizabeth Ann Flynn;Charles D. Watterson;Sean Philip Fagan

10/18/2023  **Report Filed**

CST Report Competent-M.T.

| Filed By: | Taebel, Mitchell T. |
| Filed By: | State of Indiana |
| Filed By: | Division of Mental Health and Addiction |
| File Stamp: | 10/18/2023 |

10/18/2023  **Hearing Scheduling Activity**

Status Conference scheduled for 10/26/2023 at 8:30 AM.

10/19/2023  **Automated ENotice Issued to Parties**

Report Filed ---- 10/18/2023 : Elizabeth Ann Flynn;Charles D. Watterson;Sean Philip Fagan

10/19/2023  **Transport Order Entered**

| Judicial Officer: | Oss, Jaime M. |
| Party: | Taebel, Mitchell T. |
| Order Signed: | 10/18/2023 |

10/26/2023  **Status Conference**

Session:
          10/26/2023 8:30 AM, Judicial Officer: Oss, Jaime M.
Result:              Commenced and concluded

10/26/2023  **Hearing Scheduling Activity**

Bail Review Hearing scheduled for 10/31/2023 at 8:30 AM.

10/26/2023  **Hearing Scheduling Activity**

Hearing scheduled for 11/30/2023 at 8:30 AM.

10/26/2023  **Hearing Journal Entry**

Defendant appears in custody by Zoom; Counsel, Elizabeth Flynn, appears by Zoom; State appears by Deputy Prosecutor Charles Watterson by Zoom. Bail review set October 31, 2023 at 8:30 a.m. Omnibus reset to November 30, 2023 at 8:30 a.m.

| Judicial Officer: | Oss, Jaime M. |
| Hearing Date: | 10/26/2023 |

10/31/2023  **Bail Review Hearing**

Session:
          10/31/2023 8:30 AM, Judicial Officer: Oss, Jaime M.
Result:              Commenced and concluded

10/31/2023  **Hearing Journal Entry**

Defendant appears in custody by Zoom; Counsel, Elizabeth Flynn, appears by Zoom; State appears by Deputy Prosecutor Sarah Konieczny by Zoom. Bail review held. Court denies bond reduction due to the defendant's criminal history, being a moderate risk to re-offend, being a flight risk and a danger to the community. Omnibus November 30, 2023 at 8:30 a.m.

| Judicial Officer: | Oss, Jaime M. |
| Hearing Date: | 10/31/2023 |

11/27/2023  **Hearing Scheduling Activity**

Hearing originally scheduled on 11/30/2023 at 8:30 AM was rescheduled to 12/21/2023 at 8:30 AM. Reason: By Request.

12/18/2023  **Motion to Dismiss Filed**

MOTION TO DISMISS WITHOUT PREJUDICE

| Filed By: | State of Indiana |
| File Stamp: | 12/18/2023 |

USDC IN/ND case 2:24-cv-00066-JTM-JEM     document 1     filed 02/20/24     page 30 of 83

12/18/2023   Hearing Scheduling Activity

Hearing scheduled for 12/21/2023 at 8:30 AM was cancelled. Reason: Dismissal / Judgment.

12/18/2023   Order Granting Motion to Dismiss

The Court having examined the State's Motion to Dismiss Cause AND recall the warrant and being otherwise duly advised in the premises, now GRANTS said Motion and hereby ORDERS the above mentioned cause be dismissed without prejudice and the warrant recalled.

| | |
|---|---|
| Judicial Officer: | Oss, Jaime M. |
| Movant: | State of Indiana |
| Movant: | Watterson, Charles D. |
| Order Signed: | 12/18/2023 |

12/19/2023   Automated ENotice Issued to Parties

Order Granting Motion to Dismiss ---- 12/18/2023 : Elizabeth Ann Flynn;Charles D. Watterson;Sean Philip Fagan

12/21/2023   CANCELED Hearing

| | |
|---|---|
| Reason: | Dismissal / Judgment |
| Session: | |
| | 11/30/2023 8:30 AM, Rescheduled |
| Session: | |
| | 12/21/2023 8:30 AM, Cancelled |
| Comment: | omnibus |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# EXHIBIT 3

USDC IN/ND case 2:24-cv-00066-JTM-JEM document 1 filed 02/20/24 page 32 of 83
This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## State of Indiana v. Mitchell T. Taebel

| | |
|---|---|
| Case Number | 46D04-2306-F6-000840 |
| Court | LaPorte Superior Court 4 |
| Type | F6 - Felony 6 |
| Filed | 06/13/2023 |
| Status | 06/13/2023 , Pending (active) |
| Reference | Prosecutor Case Management Number |
| | 46D04-2306-F6-DM2554972 |
| | Police Agency Number |
| | LB230600005 |

## Parties to the Case

Defendant   Taebel, Mitchell T.

Description
Male, White, 5' 10", 185 lbs.

Address
2020 Golden Gate Drive
Long Beach, IN 46360

Attorney
Frank Albert Rodriguez
#3435649, Public Defender

609 Michigan Ave
La Porte, IN 46350

State          State of Indiana
Plaintiff

Attorney
Michael Charles Freddoso
#3062471, Lead

300 Washington ST
STE 20
Michigan City, IN 46360
219-326-6808(W)

Attorney
Sean Philip Fagan
#3258264

LaPorte County Prosecutor's Office
300 Washington St, Ste 302
Michigan City, IN 46360
219-326-6808(W)

## Charges

01  06/11/2023  35-45-10-5(a)/F6: Stalking plain, ordinary stalking

Citation#
            LB230600005
Statute
            35-45-10-5(a)
Degree
            F6

02  06/11/2023  35-45-2-2(a)(1)/MB: Harassment by means of a telephone call

Statute
            35-45-2-2(a)(1)
Degree
            MB

03  06/11/2023  35-45-2-2(a)(4)(A)/MB: Harassment by using a computer network or other form of electronic commun.

Status
35-45-2-2(a)(4)(A)

Degree
MB

04  06/11/2023  35-45-2-2(a)(4)(B)/MB: Harassment using a computer network or other electronic commun. to transmit o

Statute
35-45-2-2(a)(4)(B)

Degree
MB

## Bonds

12/21/2023  LaPorte Cash Bond

| | |
|---|---|
| Amount | $750.00 |
| Status | 12/21/2023 - Cash Bond Received by Clerk |

## Chronological Case Summary

| | |
|---|---|
| 06/13/2023 | **Case Opened as a New Filing** |

| | |
|---|---|
| 06/13/2023 | **Case Filed Electronically** |
| | Added By EFile Manager |

| 06/13/2023 | **Probable Cause Affidavit Filed** |
|---|---|
| | Warrant Sup 4 Charging Info and Affidavit |
| | Filed By:    State of Indiana |
| | File Stamp:    06/13/2023 |

| 06/13/2023 | **Notice of Exclusion of Confidential Information** |
|---|---|
| | Notice of Exclusion |
| | Filed By:    State of Indiana |
| | File Stamp:    06/13/2023 |

| 06/15/2023 | **Warrant or Writ of Attmnt for the Body of a Person Issued** |
|---|---|

| 06/16/2023 | **Correspondence to/from Court Filed** |
|---|---|
| | File Stamp:    06/16/2023 |

| 06/20/2023 | **Warrant or Writ of Attmnt for the Body of a Person Served** |
|---|---|

| 06/20/2023 | **Hearing** |
|---|---|
| | Session: |
| | 06/20/2023 12:45 PM, Rescheduled |
| | Session: |
| | 06/20/2023 1:00 PM, Judicial Officer: Link, John A - MAG |
| | Result:    Commenced and concluded |

| 06/20/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Hearing scheduled for 06/20/2023 at 12:45 PM. |

| 06/20/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Hearing originally scheduled on 06/20/2023 at 12:45 PM was rescheduled to 06/20/2023 at 1:00 PM. Reason: By Request. |

| 06/20/2023 | **Hearing Journal Entry** |
|---|---|
| | State appears by DPA Freddoso. Defendant appears via video and pro-se. Initial hearing held. Rights. Plea of Not Guilty. Bond set $750 Cash Only. As a condition of bond, defendant is to have No Contact with Victims. Public Defender appointed. Matter continued to 8/29/2023. |
| | Judicial Officer:    Link, John A - MAG |
| | Hearing Date:    06/20/2023 |

| 06/20/2023 | **Indigent Counsel Appointed at County Expense** |
|---|---|

| 06/21/2023 | **No Contact Order Issued** |
|---|---|
| | POR - No Contact Order No Contact Order - Pretrial Release; Issued by: MR JOHN LINK |
| | Order Signed:    06/21/2023 |

| 06/21/2023 | **No Contact Order Issued** |
|---|---|
| | POR - No Contact Order No Contact Order - Pretrial Release; Issued by: MR JOHN LINK |
| | Order Signed:    06/21/2023 |

06/21/2023    Hearing Scheduling Activity
Status of Counsel Hearing scheduled for 08/29/2023 at 12:45 PM.

06/22/2023    **No Contact Order Issued**
POR - No Contact Order No Contact Order - Pretrial Release; Issued by: MR JOHN LINK

Order Signed:                        06/22/2023

06/22/2023    **Service Returned Served: Order of Protection**
POR - Service Perfected: Service Date: 6/22/2023 2:55 PM Person Served: Mitchell T. Taebel;Served By: A. Hahn; ID/Badge: 8; Street: 809 State Street c/o
LaPorte County Jail; City: LaPorte; County: LaPorte; Agency: LaPorte County Sheriff Department; Manner: Personal;

Served:                              Taebel, Mitchell T.

06/22/2023    **Service Returned Served: Order of Protection**
POR - Service Perfected: Service Date: 6/22/2023 8:15 AM Person Served: Mitchell T. Taebel;Served By: A. Hahn; ID/Badge: 8; Street: 809 State Street c/o
LaPorte County Jail; City: LaPorte; County: LaPorte; Agency: LaPorte County Sheriff Department; Manner: Personal;

Served:                              Taebel, Mitchell T.

06/22/2023    **Service Returned Served: Order of Protection**
POR - Service Perfected: Service Date: 6/22/2023 8:15 AM Person Served: Mitchell T. Taebel;Served By: A. Hahn; ID/Badge: 8; Street: 809 State Street c/o
LaPorte County Jail; City: LaPorte; County: LaPorte; Agency: LaPorte County Sheriff Department; Manner: Personal;

Served:                              Taebel, Mitchell T.

06/23/2023    **Correspondence to/from Court Filed**

File Stamp:                          06/22/2023

06/29/2023    **Order Issued**
Entry and Order Re: Non-Conforming Pleading. The Court deems it to be a Motion to Appoint a Public Defender and a Motion to Dismiss. The Court DENIES
defendant's Motion to Dismiss. The Court further notes that a public defender has already been appointed therefore, defendant's Motion to Appoint Public
Defender is moot and Court takes no further action.

Judicial Officer:                    Link, John A - MAG
Order Signed:                        06/29/2023

06/30/2023    **Automated Paper Notice Issued to Parties**
Order Issued ---- 6/29/2023 : Mitchell T. Taebel

06/30/2023    **Automated ENotice Issued to Parties**
Order Issued ---- 6/29/2023 : Michael Charles Freddoso;Sean Philip Fagan

07/20/2023    **Correspondence to/from Court Filed**

File Stamp:                          07/20/2023

07/27/2023    **Order Issued**
Entry and Order Re: Non-conforming Pleading: The Court having received attached documents not consisting of a proper pleading as otherwise required by
the Indiana Trial Rules, now finds & orders as follows: The Court deems it to be correspondence by a party or non-party (not seeking intervention),
disregards the same, and takes no action. Filings are usually allowed only by counsel or self-represented parties. Moreover, ex parte communication is
prohibited.

Judicial Officer:                    Link, John A - MAG
Order Signed:                        07/21/2023

07/28/2023    **Automated Paper Notice Issued to Parties**
Order Issued ---- 7/27/2023 : Mitchell T. Taebel

07/28/2023    **Automated ENotice Issued to Parties**
Order Issued ---- 7/27/2023 : Michael Charles Freddoso;Sean Philip Fagan

08/03/2023    **Correspondence to/from Court Filed**

File Stamp:                          08/03/2023

08/04/2023    **Correspondence to/from Court Filed**

File Stamp:                          07/31/2023

08/17/2023    **Appearance Filed**
Attorney Frank Rodriguez accepts Public Defender appointment and enters Appearance on behalf of defendant

For Party:                           Taebel, Mitchell T.
File Stamp:                          08/17/2023

USDC IN/ND case 2:24-cv-00066-JTM-JEM    document 1    filed 02/20/24    page 35 of 83

**08/17/2023**    **Order Issued**

Entry and Order Re: Non-conforming Pleading: The Court having received correspondence deems it to be incoherent, insufficient and/or misinformed and without legal basis, and the Court takes no further action.

| Judicial Officer: | Link, John A - MAG |
|---|---|
| Noticed: | Freddoso, Michael Charles |
| Noticed: | Rodriguez, Frank Albert |
| Order Signed: | 08/17/2023 |

**08/19/2023**    **Automated ENotice Issued to Parties**

Order Issued ---- 8/17/2023 : Frank Albert Rodriguez;Michael Charles Freddoso

**08/28/2023**    **Motion for Continuance Filed**

Defendant, by counsel, files Motion to Continue Disposition Hearing to 9/26/23

| Filed By: | Taebel, Mitchell T. |
|---|---|
| File Stamp: | 08/28/2023 |

**08/28/2023**    **Order Granting Motion for Continuance**

| Judicial Officer: | Link, John A - MAG |
|---|---|
| Order Signed: | 08/28/2023 |

**08/28/2023**    **Hearing Scheduling Activity**

Status of Counsel Hearing originally scheduled on 08/29/2023 at 12:45 PM was rescheduled to 09/26/2023 at 12:45 PM. Reason: By Request.

**08/29/2023**    **Automated ENotice Issued to Parties**

Order Granting Motion for Continuance ---- 8/28/2023 : Frank Albert Rodriguez;Michael Charles Freddoso;Sean Philip Fagan

**08/31/2023**    **First Class Mail Returned**

Court mail returned not deliverable as addressed for Mitchell Taebel on 08-29-2023

| File Stamp: | 08/31/2023 |
|---|---|

**08/31/2023**    **First Class Mail Returned**

Court mail returned not deliverable as addressed for Mitchell Taebel on 08-29-2023

| File Stamp: | 08/31/2023 |
|---|---|

**09/25/2023**    **Motion for Continuance Filed**

Defendant, by counsel, files a Motion to Continue and requests disposition be set for 11/14/2023.

| Filed By: | Taebel, Mitchell T. |
|---|---|
| File Stamp: | 09/25/2023 |

**09/25/2023**    **Motion for Continuance Filed**

Defendant, by counsel, files a Motion to Continue and requests disposition be set for 11/14/2023.

| Filed By: | Taebel, Mitchell T. |
|---|---|
| File Stamp: | 09/25/2023 |

**09/28/2023**    **Order Granting Motion for Continuance**

| Judicial Officer: | Link, John A - MAG |
|---|---|
| Order Signed: | 09/28/2023 |

**09/29/2023**    **Hearing Scheduling Activity**

Dispositional Hearing originally scheduled on 09/26/2023 at 12:45 PM was rescheduled to 11/14/2023 at 12:45 PM. Reason: By Request.

**09/30/2023**    **Automated ENotice Issued to Parties**

Order Granting Motion for Continuance ---- 9/28/2023 : Frank Albert Rodriguez;Michael Charles Freddoso;Sean Philip Fagan

**11/14/2023**    **Dispositional Hearing**

Session:
    08/29/2023 12:45 PM, Rescheduled
Session:
    09/26/2023 12:45 PM, Rescheduled
Session:
    11/14/2023 12:45 PM, Judicial Officer: Link, John A - MAG

| Result: | Commenced and concluded |
|---|---|

**11/14/2023**    **Motion for Competency Evaluation**

Defendant, by counsel, files Motion for Competency Evaluation

| Filed By: | Taebel, Mitchell T. |
|---|---|
| File Stamp: | 11/14/2023 |

USDC IN/ND case 2:24-cv-00066-JTM-JEM     document 1     filed 02/20/24     page 36 of 83

**11/14/2023**  **Hearing Journal Entry**

State appears by DPA Freddoso. Defendant appears via video and with attorney. Status hearing held. Defendants requests surety. Granted. $7500 Surety. $750 Cash Bond remains. Defendant waives CR 4(c) issues. Matter continued to 1/9/2024.

Judicial Officer:              Link, John A - MAG
Hearing Date:                11/14/2023

---

**11/15/2023**  **Hearing Scheduling Activity**

Dispositional Hearing scheduled for 01/09/2024 at 12:45 PM.

---

**11/16/2023**  **Order Granting Motion for Competency Evaluation**

The Court hereby Orders that the defendant be examined by Dr. Herroldt and Dr. Matias.

Judicial Officer:              Link, John A - MAG
Order Signed:                11/16/2023

---

**11/17/2023**  **Automated ENotice Issued to Parties**

Order Granting Motion for Competency Evaluation ---- 11/16/2023 : Frank Albert Rodriguez;Michael Charles Freddoso;Sean Philip Fagan

---

**12/21/2023**  **Cash Bond Entered in Clerk's Office**

---

**01/09/2024**  **Hearing Journal Entry**

State appears by DPA Freddoso. Defendant appears in person and with attorney via Zoom. Status hearing held. Defendant waives CR 4(c) issues. Continued on defense motion to 2/13/24.

Judicial Officer:              Link, John A - MAG
Hearing Date:                01/09/2024

---

**01/10/2024**  **Hearing Scheduling Activity**

Dispositional Hearing originally scheduled on 01/09/2024 at 12:45 PM was rescheduled to 02/13/2024 at 12:45 PM. Reason: By Request.

---

**01/26/2024**  **Motion Filed**

State by DPA Freddoso files Motion to Revoke Bond

Filed By:                      State of Indiana
File Stamp:                    01/26/2024

---

**01/30/2024**  **Motion Filed**

State of Indiana by Deputy Prosecuting Attorney Michael Freddoso files a Motion to Revoke Defendant's Bond.

Filed By:                      State of Indiana
File Stamp:                    01/30/2024

---

**02/02/2024**  **Order Issuing Warrant for Arrest**

The Court GRANTS Motion to Revoke defendant's Release on Bond and Orders warrant to be issued.

Judicial Officer:              Link, John A - MAG
Order Signed:                02/01/2024

---

**02/02/2024**  **Hearing Scheduling Activity**

Dispositional Hearing scheduled for 02/13/2024 at 12:45 PM was cancelled. Reason: Other.

---

**02/02/2024**  **Warrant or Writ of Attmnt for the Body of a Person Issued**

---

**02/12/2024**  **Warrant or Writ of Attmnt for the Body of a Person Served**

---

**02/12/2024**  **Hearing**
Session:
                    02/12/2024 9:00 AM, Judicial Officer: Friedman, Greta Stirling
Result:                        Commenced and concluded

---

**02/12/2024**  **Hearing Scheduling Activity**

Hearing scheduled for 02/12/2024 at 9:00 AM.

---

**02/12/2024**  **Hearing Scheduling Activity**

Dispositional Hearing scheduled for 04/02/2024 at 12:45 PM.

---

**02/12/2024**  **Hearing Journal Entry**

State appears by DPA Galanos. Defendant appears via video and with attorney via Zoom. Hearing held on State's Motion to Revoke bond. Defendant now released O/R with LPCCC GPS as condition of bond with travel restricted to LaPorte County only other than on 2/20 to go to South Bend. Attorney to provide proof of 2/20. Continued on defense motion to 4/2/24.

Judicial Officer:              Link, John A - MAG
Hearing Date:                02/12/2024

---

USDC IN/ND case 2:24-cv-00066-JTM-JEM     document 1     filed 02/20/24     page 37 of 83

| 02/13/2024 | CANCELED Dispositional Hearing |
|---|---|
| | Reason: | Other |
| | Session: | |
| | | 01/09/2024 12:45 PM, Rescheduled |
| | Session: | |
| | | 02/13/2024 12:45 PM, Cancelled |

04/02/2024    **Dispositional Hearing**

Session:

04/02/2024 12:45 PM, Judicial Officer: Link, John A - MAG

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# EXHIBIT 4



## United States Department of Justice
## Civil Rights Division
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

*Please save your record number for tracking.*

  Your record number is: **388924-CWD**

**Save report**

---

# What to expect

### ( 1 ) We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

### ( 2 ) Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you kno

In some cases, we may determine that we don't have legal authority to handle your



12/25/2023, 2:06 AM

USDC IN/ND case 2:24-cv-00066-JTM-JEM    document 1    filed 02/20/24    page 40 of 83

report and will recommend that you seek help from a private lawyer or local legal aid organization.

## ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

## ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issu
American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

## ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

# Your submission

# Contact

## Contact information

### Your name

MITCH TAEBEL

### Email address

MITCHTAEBEL@HOTMAIL.COM

### Phone number

219-346-0017

### Address

2020 GOLDEN GATE DR

-

LONG BEACH, Indiana 46360

### Are you now or have ever been an active duty service member?

No

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

Mistreated by police, correctional staff, or inmates

## Location

### Did this happen while in custody or incarcerated?

Yes

### What type of prison or correctional facility?

12/25/2023, 2:06 AM

State/local

# Where did this happen?

## Organization name
LA PORTE COUNTY

## Address
-

-

LONG BEACH, Indiana

# Personal characteristics

## Do you believe any of these personal characteristics influenced why you were treated this way?

Family, marital, or parental status
Race/color
Religion
Sexual orientation
Other reason

# Date

## When did this happen?

6/5/2023

# Personal description

## In your own words, describe what happened

HELLO I AM RUNNING FOR PRESIDENT OF THE UNITED STATES ON TV RADIO AND
IN THE MEDIA I AM QUITE FAMOUS THIS IS THE THIRD PART OF TWO RECENT
COMPLAINTS I HAVE RECENTLY MADE WITH TH CIVIL RIGHTS DIVISION MERRY
CHRISTMAS PLEASE HELP HERE IS A VIDEO I WOULD LIKE TO SHARE WITH YOU
REGARDING MALICIOUS PROSECUTION BY A GAY JUDGE (DISGRACE TO
HARVARD) WITH PICTURES OF HIM WITH HIS HUSBAND IN GOOGLE MICHAEL R

SONBERG WHO PROSECUTED INTENTIONALLY AIDED A MALICIOUS PROSECUTION (CASE NO. 2536/12 IN MANHATTAN) I AM NOW A PUBLISHED AUTHOR I ARGUED AGAINST 250,00% THE WEIGHT OF EVIDENCE IN MY BOOK TITLED LOOKING OUT FOR AMERICA AVAILABLE ON AMAZON FOR ONLY $8 THERE IS NO STATUTE OF LIMITATIONS FOR KIDNAPPING (PROOF BEYOND A REASONABLE DOUBT OF NO PROBABLE CAUSE IS DEFINITELY KIDNAPPING) AND HE WILL LIKELY SIGN A PLEA:

https://www.facebook.com/reel/1556087891582577

I AM NOW A TV HOST AT PBS ONE OF THE MOST RESPECTABLE POSITIONS ON EARTH A VERY BIG PART OF THIS CAMPAIGN IS TO ENFORCE THE CIVIL RIGHTS ACT AS IT IS A THE MOST PRAGMATIC WAY TO FULFILL THE SOLE DUTY OS THE PRESIDENT OF THE UNITED STATES (AND EVERY EXECUTIVE AND JUDICIAL OFFICER)

ADDITIONALLY IN MY RECENT UNLAWFUL DETAINMENT AFTER KIDNAPPING IN LA PORTE COUNTY HERE IN INDIANA (Case No. 46D01-2305-F5-000771) (CHARGES DISMISSED) MY INSTAGRAM ACCOUNT THAT CONTAINS IRREPLACEABLE EXONERATING EVIDENCE WAS TAKEN DOWN ALMOST CERTAINLY BY GOVERNMENT INTIMIDATION @MITCHTAEBEL (https://www.insta-gram.com/mitch.taebel/)

ALSO TWITTER (https://twitter.com/MitchTaebel)

BEFORE MY RECENT KIDNAPPING LINKEDIN (https://www.linkedin.com/in/mitch-taebel/)

IM SURE YOU SHOULD BE ABLE TO HELP MY INSTAGRAM WITH ALMOST 1700 POSTS IS HIGHEST PRIORITY HOWEVER TWITTER (X) LINKEDIN AND ALL SOCIAL MEDIA COMPANIES I'M SURE WILL APPRECIATE YOUR SUPPORT IN ASSISTING WITH ALLOWING THEM TO RESTORE MY ACCOUNTS INFRINGING UPON A PRESIDENTIAL CAMPAIGN ESPECIALLY OF A COLLEGE GRADUATE ECT IS TREASON CONSPIRACY VIOLATIONS OF SUPREME COURT RULINGS AND OF THE CIVIL RIGHTS ACT ECT

PLEASE SHARE THIS COMPLAINT WITH OUR NEW SPEAKER OF THE HOUSE MIKE JOHNSON, RAND PAUL AND CHIEF JUDGE ROBERTS OF THE SUPREME COURT OF THE UNITED STATES ALL OF WHICH KNOW WHO I AM CHIEF ROBERTS AND I ARE BOTH ALUMNI TO THE SAME PRESTIGIOUS HIGH SCHOOL LA LUMIERE HERE IN LA PORTE COUNTY EVERYONE IS INVITED TO CALL OR VIDEO CALL ME 219-346-0017

I AM USUALLY A VERY NICE PERSON I RECENTLY PUBLISHED THREE HOUR LONG RADIO TALK SHOWS I DID NOT TOO LONG AGO HERE IS A LINK TO THE PLAYLIST: https://www.youtube.com/playlist?list=PLw-Oc7XPO36fwomdkBq7QlLlNJ-cKvd2E

**United States Department of Justice**
**Civil Rights Division**
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

Your record number is: **388406-QGF**

## Save report

---

# What to expect

## ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

## ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

## ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm
or violence, or are in immediate danger, please call 911 and contact the police.

---

# Your submission

---

## Contact

### Contact information

**Your name**

MITCH TAEBEL

**Email address**

MITCHTAEBEL@HOTMAIL.COM

**Phone number**

2193460017

**Address**

2020 Goldengate Dr
Long Beach, IN 46360
Long Beach, Indiana 46360

### Are you now or have ever been an active duty service member?

No

---

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

## Location

### Where did this happen?

### Organization name
MICHEAL R SONBERG JUDGE

### Address
NOW RETIRED
NYC
NYC, New York

## Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

Other reason

## Date

### When did this happen?

1/—/2013

## Personal description

### In your own words, describe what happened

2536/12 MALICIOUS PROSECUTION I ARGUE AGAINST 250,000% THE WEIGHT OF THE EVIDENCE IN MY
BOOK LOOKING OUT FOR AMERICA BY HUMAN BACTERIA HOMOSEXUAL JUDGE THERE WAS A PICTURE
OF HIM IN GOOGLE WITH A HUSBAND RUINED AMERICA AND THE WORLD NEVER THOUGHT IT RELEVANT
OR WANTED IT TO BE BECAUSE I HAVE MANY FRIENDS WHO ARE JEWS BUT NOW THAT WE KNOW THE
JEWS ARE HOMICIDAL MANICS GAZA STRIP THIS JUDGE WAS ALSO A JEW APPOINTED BY BLOOMBERG
NO LONGER A JUDGE MUST PROSECUTE PROSECUTE PLEASE PROSECUTE

# EXHIBIT 5

**United States Department of Justice**
**Civil Rights Division**
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

[icon] Your record number is: **388411-JDH**

**Save report**

---

# What to expect

## ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

## ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue.
American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

## ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm
or violence, or are in immediate danger, please call 911 and contact the police.

---

# Your submission

---

## Contact

### Contact information

### Your name

MITCH TAEBEL

### Email address

MITCHTAEBEL@HOTMAIL.COM

### Phone number

2193460017

### Address

2020 Goldengate Dr
Long Beach, IN 46360
Long Beach, Indiana 46360

### Are you now or have ever been an active duty service member?

No

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

## Location

### Did this happen while in custody or incarcerated?

Yes

### What type of prison or correctional facility?

State/local

### Where did this happen?

**Organization name**
LONG BEACH POLICE DEPARTMENT

**Address**
2400 Oriole Trail
Long Beach, IN 46360
Long Beach, Indiana

## Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

Other reason

## Date

### When did this happen?

6/5/2023

## Personal description

### In your own words, describe what happened

KIDNAPPING OF PRESIDENTIAL CANDIDEATE PUBLIC FIGURE AWARD WINNING POLITICAL FILM DIRECTOR PUBLISHED AUTHOR WITH PROOF BEYOUND A REASONABLE DOUBT OF NO PROBABLE CAUSE DETAINMENT OVER 6 MONTHS ON CASH ONLY BAIL POISONED FOOD AND TORTURE OF ILLEGAL PRETRAIL DETAINMENT INTIMIDATION OF FAMILY TO NOT POST BAIL THE PURPOSE HERE IT IS IN DEFENSE OF THE RIGHT TO REALEASE AFTER ARREST AS SUPPORTED BY THE SUPREME COURT OF THE UNITED STATES AND CHIEF JUDGE JOHN ROBERTS FROM MY HOME TOWN AND WE ALSO ARE BOTH LA LUMIERE HIGH SCHOOL ALUMNI THE PRESTIGIOUS HIGH SCHOOL IN THE COUNTRY I AM A COLLEGE GRADUATE AND SEMESTER AT SEA ALUMNI TV HOST FOR PBS VOLUNTEER AND RADIO HOST THIS WAS TORTURE OF A CIVILIZED MAN WHO WORKS IN THE MOST COMPETITIVE FIELDS ON EARTH I AM A COMEDIAN THEY KIDNAPPED ME FOR MAKING JOKES TOTALLY LEGAL NO PROBABLE CAUSE AND ALLEGEDLY SENDING A FEW MEAN MESSAGES FROM AN ACCOUNT THAT DID NOT BELONG TO MR

TAEBEL HAD NO REASON TO THINK MR TAEBEL SENT THOSE MESSAGES AND DETAINED HIM PREVENTING HIM FROM PROVIDING EXONERATING EVIDENCE AND EVEN AFTER SIEZURE OF ALL COMPUTERS AND ELECT6RONICS THAT OBVIOUSLY PROVE MR TAEBEL DOESN'T USE THOSE ACCOUNTS AND DIDN'T SEND THE MESSAGES HERE IT IS BETTER THAN THE SUPREME COURT HAS THUS FAR DEFENDED THE RIGHT TO RELEASE ALTHOUGH THE DO THE PURPOSE OF THE 8TH AMENDMENT CLEARLY GUARANTEES THE RIGHT TO RELEASE AS THE PURPOSE OF BAIL IS CLEARLY FOR THE ACCUSSED TO ATTAIN RELEASE AND BAIL NOT BE SET JUST OUT OF REACH MR TAEBEL HAD A PLETHORA OF EXONERATING EVIDENCE AND WASN'T ABLE TO PRESENT IT IN COURT BECAUSE HE WAS DETAINED ASSAULTED AND PUNCHED IN THE FACE BY A PEDOPHILE IN PROTECTIVE CUSTODY AND THE FOOD WAS POISONED AND TAMPERED WITH USUALLY MR TAEBEL WAS UNLAWFULLY DETAINED WHILE HE VERY MUCH HAD A CONSTITUTIONAL RIGHT TO RELEASE AS A TV HOST AT PBS ONE OF THE PERHAPS THE MOST RESPECTABLE JOB ON EARTH PLEASE INVESTIGATE THIS CASE IS IN NATIONAL MEDIA INVESTIGATE AND PROSECUTE FOR KIDNAPPING, CONSPIRACY, MALICIOUS PROSECUTION, TORTURE, FALSE ARREST AND NUMEROUS CONSTITUTIONAL VIOLATIONS UNDER THE CIVIL RIGHTS ACT MR TAEBEL IS A PUBLIC FIGURE PRESIDENTIAL CANDIDATE FOR GOVERNOR CONGRESS JOHN LEWIS WAS ARRESTED FORTY TIMES BEFORE ELECTED TO U.S. CONGRESS MR TAEBEL OF COURSE COULD BE APPOINTED TO DIRECTOR OF THE CIVIL RIGHTS DIVISION AT ANY TIME PLEASE SAVE THIS COMPLAINT FOR ETERNITY REGARDLESS OF OUTCOME PLEASE PROSECUTE PROSECUTE PROSECUTE EVEN IF ONLY FOR MISDEMEANORS YOU HAVE AN ABSOLUTE DUTY TO ACKNOWLEDGE WRONG DOING

USDC IN/ND case 2:24-cv-00066-JTM-JEM document 1    filed 02/20/24    page 52 of 83

**United States Department of Justice**
**Civil Rights Division**
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

Your record number is: **397266-RNL**

## Save report

---

# What to expect
—

## ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you know.

In some cases, we may determine that we don't have legal authority to handle your report and will recommend that you seek help from a private lawyer or local legal aid organization.

## ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.



8. Select **Empty Recycle Bin** to delete the downloads from your PC permanently.

# How to Delete Downloads from Firefox

1. Select the **hamburger menu.**

USDC IN/ND case 2:24-cv-00066-JTM-JEM    document 1    filed 02/20/24    page 54 of 83

We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

---

# What you can do next

## ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issue. American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221 Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

## ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

---

# Your submission

## Contact

## Contact information

### Your name

Mitch Taebel

### Email address

mitchtaebel@hotmail.com

### Phone number

2193460017



2. Select **Options**.

**Address**

2020 Golden Gate Dr

-

Long Beach, Indiana 46360

## Are you now or have ever been an active duty service member?

No

---

# Primary concern

## What is your primary reason for contacting the Civil Rights Division?

Mistreated by police, correctional staff, or inmates

---

# Location

## Did this happen while in custody or incarcerated?

Yes

## What type of prison or correctional facility?

State/local

## Where did this happen?

### Organization name
LA PORTE COUNTY

### Address

-

-

LA PORTE COUNTY, Indiana

---

# Personal characteristics

## Do you believe any of these personal characteristics influenced why you were treated this way?

Genetic information (including family medical history)



3. Select **Privacy & Security**.

Race/color
Sexual orientation
Other reason

# Date

## When did this happen?

6/5/2023

# Personal description

## In your own words, describe what happened

MR MITCH TAEBEL IS RUNNING FOR PRESIDENT OF THE UNITED STATES ON TV RADIO PUBLISHED IN NEWSPAPERS AND IN THE MEDIA MERRY CHRISTMAS I HAVE MADE THE GREATEST MARRIAGE PROPOSAL OF ALL TIME FOR DR TAYLOR SWIFT AND HAVE THUS FAR NOT BEEN ABLE TO MEET WITH HER OBVIOUSLY DUE TO GOVERNMENT INTIMIDATION THIS IS CLEARLY TREASON CONSPIRACY INTIMIDATION POSSIBLE DIRECT THREATS I'M NOT SURE IF THERE IS ANYTHING YOU CAN DO I'M SURE THERE IS LIKE INVESTIGATE AND CALL HER MANAGEMENT COMPANY 13 MANAGEMENT(615) 590-4050 OR HER LAWYERS (615) 244-1713 I AM ALSO SEMESTER AT SEA ALUMNI (WAS PROBABLY THE MOST POPULAR YOUNG MAN ON THE SHIP SEE ALL GREAT DOCUMENTARIES ON YOUTUBE) AND HAVE MET MANY OF THE BIGGEST CELEBRITIES HER LAWYERS WERE MAILING MY HOUSE AFTER A RECENT KIDNAPPING AND TO ME AT THE JAIL STATING THEY WANTED TO VIDEO CALL WITH ME!!!
NEW ADDITIONAL HERE IS A RECENT VIDEO OF ME SPEAKING TO THE LONG BEACH TOWN COUNCIL ABOUT CLAIMING DAMAGES FOR KIDNAPPING AND UNLAWFUL DETAINMENT:
https://www.youtube.com/watch?v=08UhatVSxD4
PLEASE HELP DO ALL YOU CAN AND CALL ME OR VIDEO CALL ME,
MR MITCH TAEBEL AKA "VIGILANTIHERO"
219-346-0017



4. Navigate to the **Cookies and Site Data** section, then select **Clear Data**.



## United States Department of Justice
## Civil Rights Division
civilrights.justice.gov

# Thank you for submitting a report to the Civil Rights Division.

## Report successfully submitted

*Please save your record number for tracking.*

      Your record number is: **397361-CHN**

**Save report**

---

# What to expect
—

## ① We review your report

Our specialists in the Civil Rights Division carefully read every report to identify civil rights violations, spot trends, and determine if we have authority to help with your report.

## ② Our specialists determine the next step

We may decide to:
**Open an investigation** or take some other action within the legal authority of the Justice Department.
**Collect more information** before we can look into your report.
**Recommend another government agency** that can properly look into your report. If so, we'll let you kno▯

In some cases, we may determine that we don't have legal authority to handle your



> **Note:** You can also choose to have all downloads removed at the
> end of your browsing session. This can be done by checking the box
> next to Cookies and Site Data. Your cookies and site data will be
> automatically deleted when Firefox closes.

5. Select **Manage Data** for more options about managing site data like
   cookies.

USDC IN/ND case 2:24-cv-00066-JTM-JEM    document 1    filed 02/20/24    page 62 of 83

report and will recommend that you seek help from a private lawyer or local legal aid organization.

## ③ When possible, we will follow up with you

We do our best to let you know about the outcome of our review. However, we may not always be able to provide you with updates because:
We're actively working on an investigation or case related to your report.
We're receiving and actively reviewing many requests at the same time.

If we are able to respond, we will contact you using the contact information you provided in this report. Depending on the type of report, response times can vary. If you need to reach us about your report, please refer to your report number when contacting us. This is how we keep track of your submission.

# What you can do next

## ① Contact local legal aid organizations or a lawyer if you haven't already

Legal aid offices or members of lawyer associations in your state may be able to help you with your issu
American Bar Association, visit www.americanbar.org/groups/legal_services/flh-home or call (800) 285-2221
Legal Services Corporation (or Legal Aid Offices), to help you find a legal aid lawyer in your area visit www.lsc.gov/find-legal-aid

## ② Get help immediately if you are in danger

If you reported an incident where you or someone else has experienced or is still experiencing physical harm or violence, or are in immediate danger, please call 911 and contact the police.

# Your submission



6. To delete data for a single website, select the website, then select **Remove Selected**. To delete them all at once, select **Remove All**.

# Contact

## Contact information

### Your name

MITCH TAEBEL

### Email address

MITCHTAEBEL@HOTMAIL.COM

### Phone number

2193460017

### Address

2020 GOLDEN GATE DR

-

LONG BEACH, Indiana 46360

### Are you now or have ever been an active duty service member?

No

## Primary concern

### What is your primary reason for contacting the Civil Rights Division?

Mistreated by police, correctional staff, or inmates

## Location

### Did this happen while in custody or incarcerated?

No

### Where did this happen?



7. Close the Options page. Any changes you've made will automatically be saved.

# How to Delete Downloads from Google Chrome

1. Open the Chrome browser.

2. Select the **three vertical dots** in the upper-right corner of the screen.

## Organization name

LA PORTE COUNTY

## Address

-

-

LONG BEACH, Indiana

## Personal characteristics

### Do you believe any of these personal characteristics influenced why you were treated this way?

Family, marital, or parental status
Gender identity (including gender stereotypes)
Genetic information (including family medical history)
National origin (including ancestry and ethnicity)
Race/color
Sex
Sexual orientation
Other reason

## Date

### When did this happen?

6/5/2023

## Personal description

### In your own words, describe what happened

HELLO,
HERE IS AN ADDITIONAL SEGMENT FOR THE COMPLAINT:
THERE WAS NO PROBABLE CAUSE 1) MR TAEBEL DIDN'T SEND THE
THREATENING MESSAGES FROM INSTAGRAM ACCOUNTS THAT DIDN'T BELONG
TO HIM (AND NO ONE HAD REASON TO THINK THE ACCOUNTS BELONGED TO
HIM) 2) HE WAS "JUSTIFIED" WHEN HE CONTINUED TO TAG TAYLOR SWIFT
BECAUSE AS HE STATED ON INSTAGRAM A) THE TEMP RESTRAINING ORDER
WAS BASED ON FRAUDULENT EVIDENCE AND B) AS HE STATED ON INSTAGRAM
HE HAD REASON TO BELIEVE IT WAS FILED BY HER MANAGEMENT COMPANY



**3.** From the drop-down menu that appears, select **Downloads**.

HE HAD REASON TO BELIEVE IT WAS FILED BY HER MANAGEMENT COMPANY NOT TAYLOR SWIFT BECAUSE IT WAS AND WHAT HE DID SAY WAS A FREEDOM OF SPEECH AND THERE WAS CLEARLY NO "MENS REA" NO CRIMINAL MALICIOUS INTENT HE HAD "JUSTIFICATION" AND IT WAS PUBLIC ON INSTAGRAM FURTHERMORE MR MITCH TAEBEL IS SEMESTER AT SEA ALUMNI WHICH IS ARGUABLY MORE PRESTIGIOUS THAN HARVARD HE IS A TV HOST COMEDIAN PUBLISHED AUTHOR AWARD WINNING POLITICAL FILM DIRECTOR AWARD WINNING FILM DIRECTOR AND JOURNALIST TO ARGUE THAT MR TAEBEL POSED AND ILLEGAL THREAT OF ANY KIND TO ANYONE IS ABSURD!!!!!!!! ARE PEOPLE AFRAID OF FREEDOM OF SPEECH THESE DAYS??? THIS LOOKS LIKE RETALIATION OR VERY CARELESS CONDUCT BY SOCIOPATHIC LAW ENFORCEMENT!!!!! DR TAYLOR SWIFT IS A PUBLIC FIGURE AND THEY HAVE LIMITED DEFAMATION RIGHTS AND ARE EXPECTED TO HAVE TOLERANCE FOR THE PUBLIC AND THE ATTENTION THEY HAVE BROUGHT UPON THEMSELVES OBVIOUSLY MR MITCH TAEBEL WHO IS SMARTER THAN ANY CRITIC HAS AN ABSOLUTE RIGHT TO TALK ABOUT HER AS MUCH AS HE WANTS UNTIL SHE IS READY TO MEET!!!! I'M SURE THE SUPREME COURT OF THE UNITED STATES ABSOLUTELY AGREES!!!!



4. Select **Open Download folder** from the new window that opens.

# EXHIBIT 6

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAPORTE SUPERIOR COURT # 1 |
| | ) SS: | |
| COUNTY OF LAPORTE | ) | CAUSE NO. |
| | ) | |
| STATE OF INDIANA | ) | |
| | ) | AFFIDAVIT FOR PROBABLE CAUSE |
| vs. | ) | |
| | ) | |
| MITCHELL T. TAEBEL | ) | |
| D.O.B. ▇▇▇▇▇ | ) | |

Long Beach Police Department, Jason M. Yagelski, being duly sworn upon his/her oath, states:

Mitchell T. Taebel, a thirty-six-year-old male who resides at 2020 Golden Gate Drive in Long Beach, IN, recently traveled across the country to multiple locations where the 13 Management Parties reside or work with the intention of gaining access to the properties and ARTIST. Beginning on March 25, 2023, Taebel also has harassed several of the 13 Management Parties by sending physically threatening messages through social media, threatening to "destroy" them and sending images of weapons.

On March 29, 2023, Taebel posted a voice message to his Instagram account that he sent to the ARTIST official Instagram account stating that he would happily wear a bomb if he cannot be with his soul mate.

On March 30, 2023, Taebel left a message to the ARTIST father stating that he is the ARTIST soulmate and that he is the only one that can make her secure, and also states that he hopes to join them tonight.

On April 5, 2023, Taebel sent a direct threat to the ARTIST dancer, through fake Instagram accounts made by Taebel, "bandits4" and "joealwinrapitst2". Through "joealwinrapitst2", Taebel posted a picture of someone firing a handgun at a gun range and stated, "If today there is the sexual performance of Vigilant shit, you can be sure that we will destroy you and all the other dancers and ARTIST too, I think you know what happened to Joe Alwyn, who has already been in jail for months awaiting the death penalty, so be careful that you are not the next one, whoever is writing here works for the government" and another one from March 25th stating, "Y' all get ready you thugs because we're going to cancel this damn tour and still destroy you, who's writing here is a member of the government" with the same picture of the handgun being fired at the gun range. On March 25th, through "bandits4", Taebel stated, "Prepare yourself your bandit" with a picture of someone holding an AR-15 rifle and "Y' all get ready you thugs because we're going to cancel this damn tour and still destroy you, who's writing here is a member of the government" with the same picture of the person holding the AR-15 rifle and another picture of a handgun being fired at the gun range. Taebel uses these anonymized social media accounts calling for the severe punishment of ARTIST for what he believes is their lack of modesty. Taebel also posts pictures of himself on these anonymized accounts.

Also, on April 5, 2023, Taebel went on to contacting several Governor Offices in several states informing them on his intention on making his Presidential campaign a part of the "Eras Tour" and to media outlets speaking about his proposal to the ARTIST and how they are soulmates and are going to meet. Taebel also called into the 13 Management office numerous times, leaving a voicemail stating that the ARTIST should appreciate him more than they know and after proposing he immediately increased their assets. He went on to state that he and the ARTIST need to meet and that he would wear a bomb on his chest to meet with them and that not meeting them was worse than death.

On April 21, 2023, Taebel posted multiple videos of voicemails to ARTIST Instagram about being together. One stating Taebel would beat up every guy in Hollywood for them not letting her video call him. Another states that he would have to shoot anyone who tried to rape ARTIST and then "shoot ourselves if we had to". Another speaks about being raped by aliens and bugs.

On April 28, 2023, Taebel plays a threatening voice message that he had sent to ARTIST.

On April 29, 2023, Taebel posted a picture of ARTIST on his Instagram page with the statement, "She deserves to be shot right between the legs to learn self-respect" with several hashtags.

On May 5, 2023, Taebel traveled from Long Beach and made an appearance at Adelicia (luxury condominiums) in Nashville, TN. Taebel did this by surreptitiously, sneaking through an unsecured door, only to be stopped at the inner lobby by secondary security. Taebel stated he was a great-looking, well-dressed, popular TV host. Taebel asked the Security staff if the ARTIST was in her top-floor penthouse and, if so, to let her know that he was in the lobby. Security informed Taebel that he needed to depart the property and called Nashville Metro Police for assistance in ensuring the ARTIST safety due to Taebel's arrival. Before Nashville Metro Police arrived, Taebel had departed the property.

After being removed from the property, Taebel appeared at the Nissan Stadium in Nashville, TN at the ARTIST concert venue. Before Taebel's appearance at the venue, Taebel had been placed on a security threat/concern list and is unable to purchase any concert tickets. On the day of the concert, no matches were found related to Taebel. Taebel did have a ticket to enter the concert, in which Taebel had to have had purchased a ticket transferred to him, via a third-party channel. Once inside the venue, Taebel positioned himself in an area where 13 Management Parties, including tour performers, would pass by him to get on to the stage. Once Taebel was recognized by security, Taebel was immediately questioned after assessing the totality of Taebel's recent appearance at the Adelicia, Taebel's obsession with the ARTIST, the ARTIST safety, threats directed at the venue stage performers, and the erratic actions posted by Taebel on various social media platforms. Security deemed it necessary not to allow Taebel access to the venue due to valid safety concerns. Taebel was escorted off site by Security and venue personnel. Taebel departed from the venue and returned to Long Beach.

After returning home from Nashville, Taebel posted an Instagram video stating, "I went to ARTIST apartment complex and anybody in my opinion anybody that that thinks it is illegal in any way to go to somebody's apartment meeting to see if they want to meet should be killed. They should die of a heart attack on the spot. They don't deserve to live in my opinion. That goes for anybody in America. I am a TV host. They shouldn't have did that to a TV host" "ARTIST had a black woman as a bell hop and she looked like ARTIST was definitely having sex with niggers. Not just black people. Dirty fucking niggers. We are talking like diseased fowl disgusting diseased niggers from New York City with HIV, all of which I'm sure is true." "She had no idea a white man would come in there and demand to talk to ARTIST like I did."

On May 11, 2023, William T. Ramsey and Mariam Stockton, legal counsel for 13 Management LLC and Firefly Entertainment, appeared in the Eighth Circuit Court for Davidson County, TN at Nashville to petition for a Temporary Restraining Order, which was granted by the Honorable Circuit Court Judge, Lynne T. Ingram.

On May 13, 2023 Taebel was personally served at his 2020 Golden Gate address, by a La Porte County Process Server.

On May 24, 2023 a hearing on the expiration of the Temporary Restraining Order was set, in which Taebel made no contact, by any means, with the court or counsel for Plaintiffs, and did not indicate he sought to answer, appear, or show cause why the court order should not become a temporary injunction.

Since Taebel has been served with the temporary restraining order and after the hearing on May 24th granting the extension of the restraining order, Taebel violates the restraining order by continuing to post numerous videos and posts about the ARTIST and tags her in all his posts and videos. Taebel still maintains a delusion that he and the ARTIST will be married and, if elected President, that the ARTIST will be his First Lady.

On May 16, 2023, Taebel posted a video of an audio clip that he had sent to the ARTIST on his Instagram and Facebook account. Taebel ask the ARTIST, she took an order out against him. Taebel tells the ARTIST, he is her best lover, husband, loves, her more than anyone.

On May 17, 2023, Taebel posted an audio recording on Instagram. Taebel tells the ARTIST, that since she hasn't blocked him, she likes getting his messages. Taebel tells the ARTIST that he will continue to send her messages.

On May 17, 2023, Taebel posted an audio clip that he sent to ARTIST claiming that he would like to work with the ARTIST to share creative ideas. Taebel adds that he does not want to live without the ARTIST, along with several hashtags related to the ARTIST and news outlets.

On May 17, 2023, Taebel posted audio clip to his Instagram to ARTIST. Taebel said that his dying wish is that anyone who had anything to do with them not meeting should be executed.

On May 17, 2023, Taebel posted an audio clip on his Instagram account to the ARTIST. Taebel stated that anyone who keeps him from marrying his soul mate should be burned alive.

On May 18, 2023, Taebel posted a video to his Facebook and Instagram account. In the video Taebel tells the ARTIST to never go back to NYC. Taebel says he hopes that someone would nuke the city. Taebel says that the city is infested with bugs, insects, homosexuality, and mental illness. Taebel says that's why the ARTIST has never called him. Taebel asks the ARTIST to video call him as soon as she can.

On May 18, 2023, Taebel posted a video to his Instagram account. Taebel tells the ARTIST that she needs to fire all her managers. Taebel says that he needs to be the oldest man in her organization.

On May 18, 2023, Taebel posts an Instagram video while driving again stating the ARTIST needs to fire her management and that she is gaining popularity because they are listening to him. Taebel continues to aggressively denigrate the 13 Management LLC team.

Based upon my investigation, this affiant has probable cause to believe Mitchell T. Taebel with a date of birth of 9/1/1986, committed the crime(s) of Stalking (Level 5 Felony) I.C. 35-45-10-5(b), Intimidation (Level 6 Felony) I.C. 35-45-2-1, Invasion of Privacy (A-Misdemeanor) I.C. 35-46-1-15-.1(a)(9), and Harassment (B-Misdemeanor) I.C. 35-45-2-2.

Jason M. Yagelski

This affidavit, having been filed in Open Court this _____ day of _____, 202_, and having been examined by the Court, the Court now finds upon the basis of examination of said affidavit that probable cause exists for issuance of a warrant for the arrest of Mitchell T. Taebel, date of birth 9/1/1986, on the charge(s) of .

_____
Judge, LaPorte Superior Court # 1

# EXHIBIT 7



# WORLD RECORD
## INTERNATIONAL GAME FISH ASSOCIATION

This is to certify that

## Mitchell Taebel

Has been awarded a world angling record for a catch
of the heaviest fish of a species in an approved line class category, and that the
catch was made in accordance with international angling regulations.

| Grass Carp | 5.44 kg (12 lb 0 oz) |
|---|---|
| Species | Weight |
| Tippet 03 kg (6 lb) | October 23, 1999 |
| Record Category | Date of Catch |
| Coconut Creek, Florida, USA | |
| Place of Catch | |

In witness whereof, the undersigned have affixed their signatures.

Executive Committee Member                President



# EXHIBIT 8

Re: Discovery

Mitch Taebel <mitchtaebel@hotmail.com>
Tue 2/13/2024 1:54 PM
To:Mladenka Rodriguez <mladenka@therodriguezlawoffice.com>

2 attachments (14 MB)
Office Depot Scan 02-01-2024_16-04-15-278.pdf; Office Depot Scan 02-05-2024_11-20-28-252.pdf;

Hello Mladenka,

The GPS tracking device is very cumbersome and expensive and recent policy updates restrict any person on the GPS pre-trial release to stay at their residence and not just restricted to the county as previously policy just a few weeks ago had. I need to be able to visit the gym daily, run, exercise, wear clothes that fit properly and travel within the county for work and necessity as the judge described in court. I work in entertainment and Television and exercise is part of my job. We would like to be able to post the $1,500 bond and remove the gps tracking and avoid related fees. Can you Please ask the judge if he will allow us to post the bail online or at the courthouse house then return the GPS tracking device. Attached are two complaints that have been filed in the U.S. District Court in Hammond and below is a letter that we delivered in person to your office for frank with a copy of the complaint Taebel v Field 224CV38 we delivered it to your office and I sent it to the email address on his business card Feb 5th:

"HELLO FRANK,

ARE THERE ANY RESTRICTIONS ON MY TRAVEL BY THE COURT? I CERTAINLY HOPE NOT I INFORMED THE COURTS I WORKED PART TIME AS A TV HOST WITH WNIT PBS IN SOUTH BEND AND NEED TO TRAVEL FOR WORK. I HAVE NEVER HAD A COURT SAY I COULDN'T TRAVEL AFTER POSTING BAIL AND I'VE HAD TO POST BAIL IN THREE STATES ALL OF WHICH I TRAVELED OUT OF STATE. I AM A TV HOST COMEDIAN SPEAKER AND ACTOR AND I NEED TO BE ABLE TO TRAVEL TO CHICAGO AND INDIANAPOLIS AS WELL TO SPEAK AT EVENTS AND OPEN MICS WHICH ARE THE ONLY PLACES I AM ABLE TO SPEAK. I AM CURRENTLY SEEKING REPRESENTATION FROM TALENT AGENCIES AND WORKING FOR CONTRACTS WITH PRODUCTION COMPANIES. MY YOUNGER SISTER WITH A MASTERS DEGREE FROM BALL STATE ALSO IS PREGNANT WITH HER SECOND BABY GIRL SHE AND HER HUSBAND JUST BOUGHT THE GOVERNOR'S HOUSE AND WE NEED TO BE ABLE TO VISIT HER SHE LIVES NEAR LANSING, MICHIGAN. IF TRAVEL RESTRICTIONS ARE STANDARD IN LAPORTE COUNTY PLEASE ASK THE JUDGE TO AMEND THIS IF THEY DID NOT DO SO WHEN I INFORMED THEM I WORK IN SOUTH BEND AT WNIT PBS.

I HAVE ALSO FILED A COMPLAINT AGAINST THE COMPLAINANT IN THE U.S. DISTRICT COURT SEE ATTACHED WHICH WORKED THE LAST TWO TIMES I WAS CRIMINALLY CHARGED AND ALL CHARGES WERE DISMISSED BOTH TIMES.

BEST REGARDS,

MR MITCH TAEBEL
(219) 346-0017"

Mladenka I was already booking work at $2,500/day when I was 24 yrs of age because I invested my money in Acting Demos and professional photoshoots which helped me make more money in return like any Artist I must work very hard to develop my portfolios as a TV Host, Comedian, Speaker, Actor and as a Film Director The Blair Witch Project made almost $250 Million Worldwide and Most People Say My Recent Films Are Better!

Kind Regards,

Mr Mitch Taebel

(219) 346-0017

---

From: Mladenka Rodriguez <mladenka@therodriguezlawoffice.com>
Sent: Tuesday, January 16, 2024 7:33 AM
To: MITCHTAEBEL@HOTMAIL.COM <MITCHTAEBEL@HOTMAIL.COM>
Cc: Frank Rodriguez <frank@therodriguezlawoffice.com>; Viviana Aguilar <viviana@therodriguezlawoffice.com>; Brianna Alvarez <brianna@therodriguezlawoffice.com>; Bailey Spanier <bailey@therodriguezlawoffice.com>
Subject: Discovery

Hi, Mitch,

I received your message about requesting discovery. Please find attached the report, PC Affidavit, and No Contact Order that was issued in your case.

Please let me know if you have any questions or other concerns.

Mladenka

 **Gmail**

**Mitch Taebel <mitchelltimothytaebel@gmail.com>**

---

# MR MITCH TAEBEL HAS FILED A COMPLAINT IN THE U.S. DISTRICT COURT!!!

1 message

---

**Mitch Taebel** <mitchelltimothytaebel@gmail.com>
To: FRANK@therodriguezlawoffice.com

Mon, Feb 5, 2024 at 4:01 PM

HELLO FRANK,


ARE THERE ANY RESTRICTIONS ON MY TRAVEL BY THE COURT? I CERTAINLY HOPE NOT I INFORMED THE COURTS I WORKED PART TIME AS A TV HOST WITH WNIT PBS IN SOUTH BEND AND NEED TO TRAVEL FOR WORK. I HAVE NEVER HAD A COURT SAY I COULDN'T TRAVEL AFTER POSTING BAIL AND I'VE HAD TO POST BAIL IN THREE STATES ALL OF WHICH I TRAVELED OUT OF STATE. I AM A TV HOST COMEDIAN SPEAKER AND ACTOR AND I NEED TO BE ABLE TO TRAVEL TO CHICAGO AND INDIANAPOLIS AS WELL TO SPEAK AT EVENTS AND OPEN MICS WHICH ARE THE ONLY PLACES I AM ABLE TO SPEAK. I AM CURRENTLY SEEKING REPRESENTATION FROM TALENT AGENCIES WORKING FOR CONTRACTS WITH PRODUCTION COMPANIES. MY YOUNGER SISTER WITH A MASTERS DEGREE FROM BALL STATE ALSO IS PREGNANT WITH HER SECOND BABY GIRL SHE AND HER HUSBAND JUST BOUGHT THE GOVERNOR'S HOUSE AND WE NEED TO BE ABLE TO VISIT HER SHE LIVES NEAR LANSING, MICHIGAN. IF TRAVEL RESTRICTIONS ARE STANDARD IN LAPORTE COUNTY PLEASE ASK THE JUDGE TO AMEND THIS IF THEY DID NOT DO SO WHEN I INFORMED THEM I WORK IN SOUTH BEND AT WNIT PBS.


I HAVE ALSO FILED A COMPLAINT AGAINST THE COMPLAINANT IN THE U.S. DISTRICT COURT SEE ATTACHED WHICH WORKED THE LAST TWO TIMES I WAS CRIMINALLY CHARGED AND ALL CHARGES WERE DISMISSED BOTH TIMES.


BEST REGARDS,


MR MITCH TAEBEL

(219) 346-0017

---

📎 **COMPLAINT1.31.24.pdf**
10219K

# EXHIBIT 9

# COLORADO MOUNTAIN COLLEGE

12/02/17                                                                          Page 1 of 3

Mitchell T. Taebel
607 SW 10th St
Fort Lauderdale, FL  33515

SSN: ████████

Colorado Mountain College

Raised Seal Not Required

Shane Larson, Registrar

| Course | | Title | | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|--|-------|--|-------|---------|----------|--------------|--------------|
| **2005 Fall Semester** | | | | | | | | |
| MAT | 106 | Survey of Algebra | [NT] | A- | 4.00 | 4.00 | 14.80000 | 08/29/05-12/15/05 |
| PED | 124 | Mountain Biking | [A] | A | 1.00 | 1.00 | 4.00000 | 09/22/05-10/09/05 |
| PED | 146 | Martial Arts | [A] | A | 1.00 | 1.00 | 4.00000 | 08/30/05-12/13/05 |
| PED | 275 | Hapkido | [NT] | P | 1.00 | 1.00 | 0.00000 | 08/29/05-12/12/05 |
| PHY | 111 | Physics: Algebra-B | [AA] | C- | 5.00 | 5.00 | 8.50000 | 08/30/05-12/15/05 |
| PSY | 102 | General Psychology | [P] | B+ | 3.00 | 3.00 | 9.90000 | 08/30/05-12/16/05 |
| | | | TERM TOTALS: | | 15.00 | 15.00 | 41.20000 | GPA = 2.9429 |
| | | | CUMULATIVE TOTALS: | | 15.00 | 15.00 | 41.2000 | GPA = 2.9429 |
| **2006 Spring Semester** | | | | | | | | |
| ART | 275 | Batik II | [NT] | B- | 3.00 | 3.00 | 8.10000 | 01/16/06-05/03/06 |
| MAT | 121 | College Algebra | [BB] | C | 4.00 | 4.00 | 8.00000 | 01/17/06-05/04/06 |
| PED | 185 | Fly Fishing | [A] | A- | 1.00 | 1.00 | 3.70000 | 04/20/06-04/30/06 |
| PHY | 112 | Physics: Algebra-B | [AA] | D | 5.00 | 5.00 | 5.00000 | 01/16/06-05/04/06 |
| | | | TERM TOTALS: | | 13.00 | 13.00 | 24.80000 | GPA = 1.9077 |
| | | | CUMULATIVE TOTALS: | | 28.00 | 28.00 | 66.0000 | GPA = 2.4444 |
| **2006 Fall Semester** | | | | | | | | |
| BUS | 115 | Intro to Bus | [A] | D | 3.00 | 3.00 | 3.00000 | 08/28/06-12/11/06 |
| CIS | 118 | Intro to PC Applic | [A] | F  R | 3.00 | 0.00 | 0.00000 | 08/29/06-12/12/06 |
| ENG | 121 | English Compositio | [G] | AW | 0.00 | 0.00 | 0.00000 | 08/28/06-12/11/06 |
| HWE | 100 | Human Nutrition | [A] | D | 3.00 | 3.00 | 3.00000 | 08/30/06-12/13/06 |
| PHI | 111 | Introduction to Ph | [M] | B+ | 3.00 | 3.00 | 9.90000 | 09/05/06-12/15/06 |
| | | | TERM TOTALS: | | 12.00 | 9.00 | 15.90000 | GPA = 1.3250 |
| | | | CUMULATIVE TOTALS: | | 40.00 | 37.00 | 81.9000 | GPA = 2.1000 |
| **2007 Spring Semester** | | | | | | | | |
| CIS | 118 | Intro to PC Applic | [A] | A | 3.00 | 3.00 | 12.00000 | 01/22/07-05/04/07 |
| HIS | 202 | United States (US) | [Q] | C | 3.00 | 3.00 | 6.00000 | 01/22/07-05/04/07 |
| PHI | 112 | Ethics | [M] | AW | 0.00 | 0.00 | 0.00000 | 01/22/07-05/04/07 |
| | | | TERM TOTALS: | | 6.00 | 6.00 | 18.00000 | GPA = 3.0000 |

U.S. PATENT NOS. 4,227,790, 4,310,160

# COLORADO MOUNTAIN COLLEGE

12/02/17                                                                Page 2 of 3

Mitchell T. Taebel
607 SW 10th St
Fort Lauderdale, FL  33515

SSN: [redacted]

Colorado Mountain College

Raised Seal Not Required

Shane Larson, Registrar

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|---|-------|-------|---------|----------|--------------|--------------|
| | | CUMULATIVE TOTALS: | | 43.00 | 43.00 | 99.9000 | GPA = 2.3786 |

**2007 Summer Semester**

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|---|-------|-------|---------|----------|--------------|--------------|
| ENG | 121 | English Compositio [G] | B | 3.00 | 3.00 | 9.00000 | 05/29/07-08/10/07 |
| SPE | 115 | Public Speaking [A] | P | 3.00 | 3.00 | 0.00000 | 05/29/07-06/15/07 |

GOOD STANDING

| | TERM TOTALS: | 6.00 | 6.00 | 9.00000 | GPA = | 3.0000 |
|---|---|---|---|---|---|---|
| | CUMULATIVE TOTALS: | 49.00 | 49.00 | 108.9000 | GPA = | 2.4200 |

**2007 Fall Semester**

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|---|-------|-------|---------|----------|--------------|--------------|
| PSY | 110 | Career Development [A] | B- | 3.00 | 3.00 | 8.10000 | 09/04/07-12/14/07 |

GOOD STANDING

| | TERM TOTALS: | 3.00 | 3.00 | 8.10000 | GPA = | 2.7000 |
|---|---|---|---|---|---|---|
| | CUMULATIVE TOTALS: | 52.00 | 52.00 | 117.0000 | GPA = | 2.4375 |

**2009 Spring Semester**

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|---|-------|-------|---------|----------|--------------|--------------|
| PSY | 249 | Abnormal Psycholog [P] | A | 3.00 | 3.00 | 12.00000 | 01/19/09-05/01/09 |

GOOD STANDING

| | TERM TOTALS: | 3.00 | 3.00 | 12.00000 | GPA = | 4.0000 |
|---|---|---|---|---|---|---|
| | CUMULATIVE TOTALS: | 55.00 | 55.00 | 129.0000 | GPA = | 2.5294 |

**2009-10 Courses Transferred**

FROM:  Broward College

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|---|-------|-------|---------|----------|--------------|--------------|
| ART | 110 | Art Appreciation [K] | T | 0.00 | 3.00 | 0.00000 | 05/06/09-05/06/10 |

| | TERM TOTALS: | 0.00 | 3.00 | 0.00000 | GPA = | 0.0000 |
|---|---|---|---|---|---|---|
| | CUMULATIVE TOTALS: | 55.00 | 58.00 | 129.0000 | GPA = | 2.5294 |

**2009 Fall Semester**

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|---|-------|-------|---------|----------|--------------|--------------|
| ENG | 122 | English Comp II [H] | A | 3.00 | 3.00 | 12.00000 | 08/31/09-12/11/09 |

GOOD STANDING

U.S. PATENT NO. 4,297,780; 4,318,160

STUDENT IS IN GOOD STANDING UNLESS OTHERWISE NOTED
OFFICIAL TRANSCRIPTS BEAR THE SIGNATURE AND SEAL OF THE REGISTRAR

THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT PROVIDES THAT THIS TRANSCRIPT IS NOT TO BE RELEASED
TO ANY OTHER PERSON OR AGENCY WITHOUT WRITTEN CONSENT OF THE STUDENT

# COLORADO MOUNTAIN COLLEGE

12/02/17                                                                 Page 3 of 3

Mitchell T. Taebel
607 SW 10th St
Fort Lauderdale, FL  33515                 SSN: ████████████

Colorado Mountain College                  Raised Seal Not Required

                                           Shane Larson, Registrar

| Course | | Title | Grd R | Hrs Att | Hrs Cmpt | Grade Points | Course Dates |
|--------|--|-------|-------|---------|----------|--------------|--------------|
| | | TERM TOTALS: | | 3.00 | 3.00 | 12.00000 GPA = | 4.0000 |
| | | CUMULATIVE TOTALS: | | 58.00 | 61.00 | 141.0000 GPA = | 2.6111 |

2010 Spring Semester

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| HPR | 178 | Seminar: Medical T [A] | B- | 2.00 | 2.00 | 5.40000 | 01/18/10-04/30/10 |

GOOD STANDING

| | | TERM TOTALS: | | 2.00 | 2.00 | 5.40000 GPA = | 2.7000 |
|--|--|--|--|--|--|--|--|
| | | CUMULATIVE TOTALS: | | 60.00 | 63.00 | 146.4000 GPA = | 2.6143 |

2010-11 Courses Transferred

---
FROM: Broward College
---

| | | | | | | | |
|--|--|--|--|--|--|--|--|
| MUS | 120 | Music Appreciation [K] | T | 0.00 | 3.00 | 0.00000 | 05/06/10-05/06/11 |

| | | TERM TOTALS: | | 0.00 | 3.00 | 0.00000 GPA = | 0.0000 |
|--|--|--|--|--|--|--|--|
| | | CUMULATIVE TOTALS: | | 60.00 | 66.00 | 146.4000 GPA = | 2.6143 |

TOTALS: CRED.ATT =   60.00 CRED.CPT =   66.00 GRADE.PTS = 146.4000 GPA =   2.6143
*********************************************************************************
* *                                                                            *
* AA - Associate of Arts Degree Awarded on 08/10                               *
*                                                                              *
*********************************************************************************

END OF TRANSCRIPT

THE FAMILY EDUCATIONAL RIGHTS AND PRIVACY ACT PROVIDES THAT THIS TRANSCRIPT IS NOT TO BE RELEASED
TO ANY OTHER PERSON OR AGENCY WITHOUT WRITTEN CONSENT OF THE STUDENT



# Oak Creek Ranch School
## Transcript

**Taebel, Mitchell T**

28 W. 352 Timberlane
West Chicago, IL  60185

SSN#: ███████
DOB: ███████

| | |
|---|---|
| Entry Date: | 9/2/2003 |
| Exit Code and Date:  EX | 11/9/2004 |
| Total Credits: | 23.2 |
| Cumulative GPA: | 2.9800 |

Oak Creek Ranch School
PO Box 4329
West Sedona, AZ  86340-4329
PH: (928) 634-5571
FAX: (928) 634-4915

**Grading Scale**
A = 90%-100%  GPA points = 4
B = 80% - 89%  GPA points = 3
C = 70% - 79%  GPA points = 2
D = 60% - 69%  GPA points = 1
F = 0% - 59%   GPA points = 0

Administrator's Signature

Administrator's Title

### Grades 9 - 10

| | | Semester 1 | | Semester 2 | | Summer 1 | | Summer Mid | | Summer 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Grade | Credit | Grade | Credit | Grade | Credit | Grade | Credit | Grade | Credit |
| **02-03 Oak Creek Ranch School** | | | | | | | | | | | |
| 10 | Art | B | 0.25 | A | 0.50 | | | | | | |
| 10 | Earth Science | B | 0.50 | A | 0.50 | | | | | | |
| 10 | Geometry | C | 0.50 | A | 0.50 | | | | | | |
| 10 | Master Student | A | 0.25 | | | | | | | | |
| 10 | Physical Education | A | 0.50 | A | 0.50 | | | | | | |
| 10 | Physical Science | | | | | A | 0.50 | | | | |
| 10 | Short Story - Modern Classics | B | 0.50 | B | 0.50 | | | | | | |
| 10 | Spanish I | | | | | F | 0.00 | | | | |
| 10 | World Geography | B | 0.50 | A | 0.50 | | | | | | |
| 10 | World History | | | B | 0.50 | | | | | | |
| **01-02 LaLumiere School, Inc.** | | | | | | | | | | | |
| 9 | Algebra I | B+ | 0.50 | C- | 0.50 | | | | | | |
| 9 | Biology | B | 0.50 | B | 0.50 | | | | | | |
| 9 | English 9 | C | 0.50 | C- | 0.50 | | | | | | |
| 9 | Geography | | | C+ | 0.50 | | | | | | |
| 9 | Old Testament | D | 0.50 | | | | | | | | |
| 9 | Spanish I | D | 0.50 | F | 0.00 | | | | | | |

### Grades 11 - 12

| | | Semester 1 | | Semester 2 | | Summer 1 | | Summer Mid | | Summer 2 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Grade | Credit | Grade | Credit | Grade | Credit | Grade | Credit | Grade | Credit |
| **03-04 Oak Creek Ranch School** | | | | | | | | | | | |
| 11 | Mountain Biking | A | 0.50 | A | 0.50 | | | | | | |
| 11 | Adobe Graphics | | | A | 0.50 | | | | | | |
| 11 | Senior Literature | | | | | A | 0.50 | | | | |
| 11 | American Literature | B | 0.50 | C | 0.50 | | | | | | |
| 11 | Algebra II | A | 0.50 | A | 0.50 | | | | | | |
| 11 | Physical Education | A | 0.50 | A | 0.50 | | | | | | |
| 11 | Physics | A | 0.50 | A | 0.50 | | | | | | |
| 11 | U.S. History | A | 0.50 | A | 0.50 | | | | | | |
| 11 | Government/Economics | | | | | A | 0.50 | | | | |
| 11 | Spanish I | A | 0.50 | | | | | | | | |
| **04-05 BYU - Independent Study** | | | | | | | | | | | |
| 12 | American Government | | | B | 0.50 | | | | | | |
| **04-05 Oak Creek Ranch School** | | | | | | | | | | | |
| 12 | Mountain Biking | A | 0.50 | | | | | | | | |
| 12 | Art | F | 0.00 | | | | | | | | |
| 12 | Senior Literature | B | 0.50 | | | | | | | | |
| 12 | Advanced Math | F | 0.00 | | | | | | | | |
| 12 | Physical Education | F | 0.00 | | | | | | | | |
| 12 | Chemistry | B | 0.50 | | | | | | | | |
| 12 | Government/Economics | A | 0.50 | | | | | | | | |

Oak Creek Ranch School is accredited by the North Central Association of Schools and Colleges